UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATOIN,

          Plaintiff,

-against-

MONOLITH SOLAR ASSOCIATES LLC, et al.,

          Defendants.

Case No. 1:19-CV-1562-TJM-TWD

**ORDER**

Before the Court is the Application of Daniel Scouler, the Receiver appointed by the Court in this action, for an Order sealing the documents submitted by *pro se* Defendant Steven A. Erby at Dkt. Nos. 15-18. The Receiver's Application is supported by the Letter of Justin A. Heller, Esq., counsel for the Receiver, dated January 6, 2019. The Court has reviewed the Application, which establishes that the documents in question constitute proprietary and confidential documents of Monolith Solar Associates, LLC and other named limited liability company Defendants herein, which, pursuant to the Order Appointing Receiver, are under the exclusive possession and control of the Receiver. The Application further establishes that, as required by Local Rule 83.13, the governing legal standards for sealing established by *Lugosch v Pyramid Co.*, 435 F3d 110 (2d Cir 2006) are present: The subject documents are not judicial documents requiring a presumption of public access; are unlikely to be relevant or material to issues presented to the Court for adjudication; and the Receiver has a legitimate interest in maintaining their confidentiality. Accordingly, it is hereby

**ORDERED** that:

1.     The Receiver's Application is granted; and

2.     The Clerk of the Court is directed to remove the documents filed at Dkt. Nos. 16-18 from public access, and that such documents shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED.

Dated this 7 day of January, 2020

_____
Hon. Thomas J. McAvoy
United States District Judge