UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>                              Plaintiff,<br><br>        -against-<br><br>MONOLITH SOLAR ASSOCIATES LLC *et al.*,<br><br>                              Defendants. | Case NO.: 19-CV01562-TJM-TWD<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Stephan E. Hornung, of the law firm of Luskin, Stern & Eisler LLP, hereby appears as counsel of record in this matter on behalf of M&T Bank.  The undersigned hereby certifies that he is admitted to practice in this Court.

Dated:  New York, New York
          January 15, 2020

LUSKIN, STERN & EISLER LLP

By:   /s/ Stephan E. Hornung
       Stephan E. Hornung

Eleven Times Square
New York, New York 10036
(212) 597-8200

*Attorneys for M&T Bank*