UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KEY BANK NATIONAL ASSOCIATION, | **NOTICE OF MOTION** |
| Plaintiff, | *Hearing Date:* March 13, 2020 |
| v. | *Hearing Time:* 10:00 a.m. |
| | *Location:* Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501 |
| MONOLITH SOLAR ASSOCIATES, LLC, SAE SUN AND EARTH ENERGY INCORPORATED, SOLAR MANAGEMENT GROUP, LLC, SCHENECTADY HETCHELTOWN ROAD SOLAR 1 LLC, SCHENECTADY HETCHELTOWN ROAD SOLAR 2 LLC (FKA MANHEIM STATE ROUTE 167 SOLAR 1 LLC), SCHENECTADY ICE RINK SOLAR 1 LLC, CRARYVILLE TWO TOWN ROAD SOLAR 1 LLC, CRARYVILLE TWO TOWN ROAD SOLAR 2 LLC, MARION WARNER ROAD SOLAR 1 LLC, CITY OF ALBANY SOLAR 1 LLC, ALBANY CSD SOLAR 1 LLC, SCOTIA GLENVILLE CSD SOLAR 1 LLC, MAYFIELD CSD SOLAR 1 LLC, RENSSELAER COUNTY SOLAR 1 LLC, RENSSELAER COUNTY SOLAR 2 LLC (FKA MSAP 4 LLC), SEWARD PINE HILL ROAD SOLAR 1 LLC, SEWARD PINE HILL ROAD SOLAR 2 LLC (FKA MSAP 3 LLC), SCHUYLERVILLE CSD SOLAR 1 LLC, JOHNSONVILLE ROUTE 7 SOLAR 1 LLC, CORDELL ROAD SOLAR 1 LLC, GRANVILLE CSD SOLAR 1 LLC, SMITHVILLE TARBELL ROAD SOLAR 1 LLC, SOLAR ENERGY PROPERTIES LLC, LOAD ZONE A LLC, LOAD ZONE B AND C LLC, LOAD ZONE D AND E LLC, LOAD ZONE F LLC, LOAD ZONE G LLC, ROUTE 7 SOLAR FARM 1 LLC, AMSTERDAMN RESERVOIR SOLAR 1 LLC, CITY OF ALBANY SOLAR 2 LLC, CITY OF TROY SOLAR 1 LLC, RUSSELL SAGE SOLAR 1 LLC, SALEM COUNTY ROUTE 153 SOLAR 1 LLC, SAND LAKE EASTERN UNION TURNPIKE SOLAR 1 LLC, SOLAR VISTA LLC, VISTA | *(no oral argument unless otherwise directed)* <br><br> Case No. 1:19-CV-1562-DNH-ATB |

MANAGEMENT GROUP LLC, NYSDOT SOLAR
1 LLC (FKA MSAP 5 LLC), CITY OF ALBANY
SOLAR 3 LLC (FKA MSAP 6 LLC) KEY SOLAR 1
LLC (FKA MSAP 7 LLC), COMMUNITY SOLAR 1
LLC (FKA MSAP 8 LLC), ALBANY CSD SOLAR 2
LLC (FKA MSAP 9 LLC), MSAP 10 LLC, MSAP 11
LLC, MSAP 12 LLC, MSAP 14 LLC, SOLAR
MANAGEMENT GROUP 2013 LLC, MARK
FOBARE, and STEVEN A. ERBY,

                     Defendants.

## NOTICE OF MOTION FOR PARTIAL RELIEF FROM STAY

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Dealer Services 2.0, LLC d/b/a Lotus, upon the attached Motion for Partial Relief From Stay, will move this Court for an Order pursuant to New York Civil Practice Law and Rules §§ 2201 and 6401 for partial relief from the stay imposed by the December 20, 2019 Receivership Order, to permit movant to proceed with a breach of contract action currently pending in the New York Supreme Court, Rensselaer County against Monolith Solar Associates, LLC, and to permit movant to name the receiver as a party in the aforementioned action, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that this Motion will be heard at the United States District Court for the Northern District of New York at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501 on the 13th day of March, 2020 at 10:00 in the forenoon of that day, or as soon thereafter as counsel can be heard.  Pursuant to Northern District of New York General Order #25, no oral argument on the motion will be held before the Court on the return date unless the Court directs otherwise.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's text order dated January 27, 2020 (Dkt. No. 65), if you intend to oppose the motion, you must serve on the movant's counsel and file with the clerk of the court, written opposition to the motion not later than February 14, 2020.

Dated: February 3, 2020

GIRVIN & FERLAZZO, P.C.

By: _____
Salvatore D. Ferlazzo, Esq.
Bar Roll No. 101634
*Attorneys for Dealer Services 2.0, LLC d/b/a Lotus*
20 Corporate Woods Blvd.
Albany, New York 12211
Tel: (518) 462-0300
Fax: (518) 462-5037
sdf@girvinlaw.com

TO:   **VIA CM/ECF**

Barry M. Kazan, Esq.
Thompson, Hine Law Firm
Barry.Kazan@ThompsonHine.com
*Attorney for Plaintiff Key Bank National Association*

Justin A. Heller, Esq.
Brian D. Deinhart, Esq.
Nolan Heller Kauffman LLP
bdeinhart@nhkllp.com
jheller@nhkllp.com
*Attorney for Daniel Scouler, Court Appointed Receiver for Defendants*

Christopher M. Desiderio, Esq.
Eric M. Ferrante, Esq.
Nixon Peabody LLP
cdesiderio@nixonpeabody.com
*Attorneys for Hancock Whitney Equipment Finance and Leasing, LLC*

Meghan M. Breen, Esq.
Lemery Greisler LLC
mbreen@lemerygreisler.com
*Attorney for Pioneer Bank*

Stephan Hornung, Esq.
Luskin, Stern & Eisler LLP
hornung@lsellp.com
*Attorney for M&T Bank*

Lee E. Woodard, Esq.
Harris Beach PLLC
lwoodard@harrisbeach.com
*Attorneys for Green Mountain Electrical Supply, Inc.*

John D. Rodgers, Esq.
Deily & Glastetter, LLP
jrodgers@deilylawfirm.com
*Attorney for Intervenor Capital Communications Federal Credit Union*

**VIA REGULAR MAIL**

Steven A. Erby
*Pro Se Defendant*
6 Hallenbeck Hill
East Greenbush, NY 12061