UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KEYBANK NATIONAL ASSOCIATOIN, | | |
| | Plaintiff, | Case No. 1:19-CV-1562-DNH-ATB |
| -against- | | |
| MONOLITH SOLAR ASSOCIATES LLC, et al., | | |
| | Defendants. | |

**SECOND INTERIM REPORT OF RECEIVER**
**AND**
**APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF RECEIVER AND RECEIVER'S COUNSEL**
**(For Reporting Period 1/1/2020 – 1/31/2020)**

DANIEL SCOULER, the Court appointed Receiver herein, respectfully submits this First

Interim Report of Receiver and Application for Approval of Payment of Compensation and

Reimbursement of Expenses of Receiver and Receiver's Counsel, pursuant to this Court's

December 20, 2019 Order Appointing Receiver (the "Receivership Order"):

1.      This Action was commenced by KeyBank National Association (the "KeyBank") on

December 18, 2019.  [Dkt. No. 1].

2.      On December 20, 2019, at KeyBank's request, the Court issued the Receivership

Order, which, *inter alia*, appointed Daniel Scouler Receiver over all assets of the Defendants

herein, with broad powers and authority in the performance of his duties, all as more particularly

detailed in the Receivership Order.  The Receiver has engaged the Albany, New York law firm

Nolan Heller Kauffman LLP as his attorneys in connection with the performance of his duties

and responsibilities under the Receivership Order.

3.      This Report is submitted pursuant to ¶ 15 of the Receivership Order, which requires

that the Receiver file interim status reports and applications for compensation.  Accordingly, this

Report and Application for Compensation and Expense Reimbursement covers the period January 1, 2020 through January 31, 2020.

**STATUS REPORT**:

### A. Receivership Actions Taken and to be Taken

4.    Throughout the month of January, the Receiver has continued to engage in regular communication with creditors and interested parties including;

a.    Holding the first monthly virtual town hall meeting with the Monolith Community Solar community to explain the impact of the Receivership and answer questions on what to expect in the near term.

b.    Regular meetings and conference calls with solar project lenders.

c.    Numerous calls with unsecured creditors to explain the impact of the Receivership

5.    On January 9th NYSERDA issued a Notice of Disciplinary Action suspending Monolith's participation in NYSERDA programs for 60 days, the effect of which is to suspend the submission of new projects to NYSERDA.  The impact of this suspension has not been material during January, but if the suspension is not lifted promptly it will have a serious negative effect on creditor recoveries.

6.    The reason for the suspension was the placing of Monolith in receivership.  The Receiver has asserted that the suspension is a violation of the stay provided in the Receivership Order.  Notwithstanding, the stay violation, the Receiver has been working diligently to address and complete the Action Plan requirements detailed in the Notice of Disciplinary Action.  All items were completed and will be submitted shortly. Accordingly, the Receiver is seeking immediate termination of the suspension and expects to resolve the NYSERDA issues without further Court order.

7.    Negotiations with Key Bank for financing the Receivership have been successfully concluded whereby the Receiver can borrow, subject to Key's approval, up to $1 million. This funding is an essential component for the Receiver's ability to maximize recoveries. The Motion to Borrow is before the Court, with an objection deadline of February 14.

8.   The Nelliston project, in progress at the time of the Receiver's appointment, has successfully passed performance testing and NextEra will release the holdback of $122,000 shortly.

9.   The Troy Landfill project, at 2.6 MW, the largest solar project ever built by Monolith, was seriously behind schedule when the Receiver took over management. The project has been stabilized, excellent progress is being made and Troy Landfill is now approximately 45% complete. Final completion is now scheduled for March 13th.

10.   Once complete, the Receiver will receive milestone payments totaling approximately $1.657 million, net of remaining costs to complete, the Receiver expects a cash profit of approximately $600,000. Approval of the Receiver's Motion to Borrow Funds is a critical, necessary step to realize this cash surplus.

11.   After completion of the Troy Landfill, the Receiver intends to commence work on the next project in the Tranche 1 sale to NextEra, the City of Albany Landfill. This is a 0.6 MW solar project and will generate significant cash profit for Monolith's creditors. In order to start Albany Landfill, three documents are required from the City of Albany.

a.   Extending the PPA, that previous management allowed to expire, through December 31, 2020.

b.   Amendment of the PPA to specifically provide for Albany landfill sale to NextEra.

c.   Securing a land lease agreement between Albany and NextEra for the project site.

12.   The Receiver is in the process of securing these documents.

13.   Tranche 2 of the SunLife General sale of owned, unencumbered solar projects was completed, realizing proceeds of approximately $271,000.

14.   We are now working on Tranche 3. An important precondition for SunLife General continues to be getting estoppels, essentially agreements from Monolith's existing customers as to terms and conditions of their power purchase agreement and the consent to the SunLife General sale. Early in January it become clear that obtaining the estoppels had become a bottle neck. The customer outreach was reorganized and is now getting much quicker results.

15.   Surplus, non-core assets are being identified and will be offered for sale. These assets include.

a.   Vacant land

b.   Old obsolete solar panels

3

    c.      Buildings

    d.      Vehicles

16. The Receiver has reviewed the compensation of each employee and made the appropriate changes to reflect responsibilities and market conditions. One employee has been terminated.

17. A Stay Bonus has been developed for all key employees. In accordance with the Receivership Order, the Receiver has obtained Key Bank's support for the plan and Court approval will be sought in February.

### B. Condition of the Receivership Property

18. As described in the Receiver's first report, previous management had allowed the operation and maintenance of its owned and sale lease back solar projects to deteriorate which reduced power generation and cash flow from these assets.

19. Previous management also permitted the billing and collection of invoices from customers to fall into disarray, as reported in the Receivers First Interim Report.

20. Further investigation during January found this problem to be worse than initially suspected. Four customers owe more than $400,000.

21. We have concluded Monolith does not have the resources to solve these problems, especially in time for the high output summer season. Over 50% of the electricity generated occurs from April to August. As a result, the Receiver has decided to outsource these necessary corrective measures. We are finalizing the engagement of Bay4 Energy Services, LLC to provide both operation and maintenance services and contract administration. Initially their focus will be the sale lease back portfolio of solar projects. Bay4's cost will be paid by the Lessors and recouped by them through the expected increase in cash flow resulting from Bay4's efforts.

22. Until we have a clear understanding of the true cash flow from all solar projects, including owned and leased, it is not possible to determine the value of these assets.

**C.  Receiver's Receipts and Disbursements December 20 through December 31, 2019**

23.  Receipts and Disbursements are detailed on **Exhibit A**.

## APPLICATION FOR APPROVAL OF PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES:

24.  Pursuant to the Receivership Order, the Receiver is to be compensated at the rate of $250 per hour.  The Receiver has retained the law firm of Nolan Heller Kauffman LLP ("NHK") as Receiver's counsel, at the following discounted hourly rates:  $280.00 for senior partners, $265.00 for partners, $230.00 for associate attorneys, and $70 for paralegals.

25.  Pursuant to the Receivership Order (¶ 15), the Receiver's compensation and expense reimbursement shall be deemed approved on an interim basis, provided no objections are filed within 10 days of the Receiver's filing of an interim report.  More than 10 days have elapsed since the filing of the Receiver's First Interim Report on January 8, 2020 (Dkt. No. 24), and no objections have been filed.  Accordingly, the Receiver has or will be paid compensation in the amount of $23,875 and expense reimbursement in the amount of $3,202.12, as set forth in the First Interim Report.

26.  In this application, the Receiver is requesting approval of his compensation in the amount of $94,250 and expense reimbursement in the amount of $7,720.16 during the period January 1, 2020 through January 31, 2020.   The requested compensation and expense reimbursement of the Receiver includes services rendered and expenses incurred by Patrick Scouler.  Patrick Scouler is an associate in Scouler Kirchhein, the Receiver's turnaround and crises management firm, and has significant relevant experience.

27.  An itemized statement of the services rendered and expenses incurred by the Receiver is annexed hereto as **Exhibit "B"**.  The services rendered by the Receiver during this reporting period are summarized above.

28.  NHK is requesting approval of its compensation in the amount of $22,427.00and expense reimbursement in the amount of $58.00 during the same period.   The compensation and expense reimbursement requested by counsel are described in the accompanying application by Nolan Heller Kauffman LLP.  NHK's First Interim Application for compensation and expense reimbursement sought compensation in the amount of $5,850.00 and no expense reimbursement for the period December 18, 2019 through December 31, 2019 (Dkt. No. 25).  The Application remains pending before the Court, and no compensation has been paid to date.

29.  Pursuant to Local Rule 54.4, this will confirm that no agreement has been made, directly or indirectly, and that no understanding exists for a division of fees between NHK (or any other attorney) and the Receiver.

WHEREFORE, it is respectfully requested that the Court grant the compensation and expense reimbursement of the Receiver and NHK, as requested herein.

Respectfully Submitted.

Dated: Albany, New York
       February 7, 2020

By:  _Daniel Scouler_____
     DANIEL SCOULER, RECEIVER

6

**EXHIBIT "A"**

| Date | Cash Receipts | Description | ck# | Ref |
|------|--------------|-------------|-----|-----|
| 1/2/2020 | $9,000.00 | Transfer from 1209 | | |
| 1/2/2020 | $15,000.00 | Transfer from 5158 | | |
| 1/2/2020 | $4,000.00 | Transfer from 1209 | | |
| 1/2/2020 | $10,888.68 | Deposit Branch | | |
| 1/2/2020 | $331.11 | TROY SAND & GRA 518-273-5800 NY USA | | Dr Alexander system purchase and PPA payments |
| 1/3/2020 | $453.49 | DIRECT DEPOSIT, CASS INFO, CARR.CONC ACCTS | | job materials |
| 1/7/2020 | $186.69 | Deposit Branch | | CASS Deposit |
| 1/7/2020 | | | | PPA receivables |
| 1/7/2020 | $216,918.00 | Deposit | | NYSERDA Incentive |
| 1/9/2020 | $7,160.00 | CASS deposit | | |
| 1/9/2020 | $7,426.67 | DIRECT DEPOSIT, SAE SUN AND EARTCONS COLL | | Nelliston |
| 1/10/2020 | $730.49 | Deposit Branch | | CASS Deposit |
| 1/13/2020 | $6,132.93 | Deposit Branch | | PPAs |
| 1/13/2020 | $26,000.00 | TRANSFER FROM RESTRICTED ACCOUNT | | PPAs |
| 1/14/2020 | $1,500.00 | TRANSFER FROM 1821 TO TRANSFER TO CC | | Leslie transferred |
| 1/15/2020 | $8,631.61 | TRANSFER FROM ACCOUNT TO CORRECT ACH | | 15th - Resi ACH |
| 1/15/2020 | $752.97 | DIRECT DEPOSIT, SQUARE INC 200115P2 | | Customer payment - CC |
| 1/17/2020 | $0.01 | DIRECT DEPOSIT     Square Inc     SDV-VRFY | | 15th Resi ACH |
| 1/17/2020 | $35,000.00 | TRANSFER FROM RESTRICTED ACCOUNT | | CC processing verify |
| 1/24/2020 | $45,000.00 | Transfer from restricted account | | Transfer from restricted account |
| 1/22/2020 | $1,500.00 | Transfer from 1821 | | cc payment |
| 1/27/2020 | $1,500.00 | Transfer from 1821 | | cc payment |
| 1/29/2020 | $0.54 | DIRECT DEPOSIT     Daigle Cleaning Verify | | Account verify transaction |
| 1/29/2020 | $1,954.68 | | | Deposit |
| **Total** | **$400,067.87** | | | PPA's |

**Disbursement**

| Date | s | Description | ck# | Ref |
|------|---|-------------|-----|-----|
| 1/2/2020 | ($8.72) | DIRECT WITHDRAWAL, PAYX-PIA-WC WC-PREMIUM | | WC premium |
| 1/2/2020 | ($500.00) | CHECK # 5360 | | 5360 Troy Plaza |
| 1/2/2020 | ($500.00) | CHECK # 5361 | | 5361 Troy Plaza |
| 1/2/2020 | ($500.00) | CHECK # 5362 | | 5362 Troy Plaza |
| 1/2/2020 | ($500.00) | CHECK # 5363 | | 5363 Troy Plaza |
| 1/3/2020 | ($216.00) | Paychex | | Union |
| 1/3/2020 | ($1,285.33) | Paychex WC | | SE post dated check |
| 1/3/2020 | ($7,183.16) | Paychex | | SE post dated check |
| 1/3/2020 | ($11,138.22) | Paychex | | SE post dated check |
| 1/3/2020 | ($492.08) | CHECK # 5393 | | SE post dated check |
| 1/3/2020 | ($34.16) | DIRECT WITHDRAWAL, VERIZON PAYMENTREC | | SAE |
| 1/3/2020 | ($37.85) | DIRECT WITHDRAWAL, PAYCHEX EIB INVOICE | | Garnish |
| 1/3/2020 | ($1,277.82) | DIRECT WITHDRAWAL, PAYX-PIA-WC WC-PREMIUM | | WC premium |
| 1/6/2020 | ($182.20) | Angelo Alfeo | | Taxes |
| 1/6/2020 | ($345.55) | Erroll Gladden | | Payroll |
| 1/6/2020 | ($203.55) | Paychex | | 5393 |

| Date | Cash Receipts | Description | ck# | Ref |
|---|---|---|---|---|
| 1/6/2020 | ($577.55) | Paychex | | processing fee |
| 1/7/2020 | ($216,918.00) | Wire | | Wire to Nextera | Nellston |
| 1/8/2020 | ($13,219.20) | Bonded Concrete | | 996 Job Materials |
| 1/9/2020 | ($7,160.00) | TRF TO DDA 0000324231001821 3290 | | CASS - Transferred to 1821 | Troy LF |
| 1/9/2020 | ($1.99) | DEC UNCOLLECTED FUND DIRECT CHARGE | | Bank Fee |
| 1/9/2020 | ($5.43) | DEC DEPOSIT ASSESSMENT | | Bank Fee |
| 1/9/2020 | ($25.00) | DEC MAINTENANCE | | Bank Fee |
| 1/9/2020 | ($13.00) | DEC DEPOSITS BRANCH/NIGHT DROP TKT | | Bank Fee |
| 1/9/2020 | ($9.35) | DEC MISCELLANEOUS DEPOSIT TICKETS | | Bank Fee |
| 1/9/2020 | ($13.26) | DEC BRANCH PER ITEM CHARGE | | Bank Fee |
| 1/9/2020 | ($4.60) | DEC CHECKS/DEBITS PAID | | Bank Fee |
| 1/9/2020 | ($10.80) | DEC INCOMING ACH DEBIT ITEM | | Bank Fee |
| 1/9/2020 | ($1.05) | DEC INCOMING ACH CREDIT ITEM | | Bank Fee |
| 1/9/2020 | ($50.00) | DEC KEYNAV ACH MONTHLY BASE FEE | | Bank Fee |
| 1/9/2020 | ($140.00) | DEC KEYNAV DOMESTIC NONREPEAT | | Bank Fee |
| 1/9/2020 | ($50.00) | DEC KEYNAV WIRE MAINTENANCE | | Bank Fee |
| 1/9/2020 | ($15.00) | DEC KEYNAV ONLINE ACCESS | | Bank Fee |
| 1/9/2020 | ($150.00) | DIRECT WITHDRAWAL, SAE SUN AND EARTRETURN | | ? |
| 1/9/2020 | ($9,216.96) | Wire | | Paychex | MSA payroll |
| 1/10/2020 | ($3,966.63) | Troy Sand & Gravel | | Job Materials |
| 1/10/2020 | ($184.64) | Eric DePaolo | | Garnish | Union Employee |
| 1/10/2020 | ($216.00) | Paychex | | 16664 Payroll | SAE |
| 1/10/2020 | ($220.30) | Paychex | | processing fee | SAE |
| 1/10/2020 | ($737.46) | Paychex WC | | WC premium | MSA payroll |
| 1/10/2020 | ($33.00) | Overdraft charge | | |
| 1/10/2020 | ($33.00) | Overdraft charge | | |
| 1/10/2020 | ($38.00) | Overdraft charge | | |
| 1/10/2020 | ($10,447.14) | Paychex | | Payroll | SAE |
| 1/10/2020 | ($33.00) | OVERDRAFT ITEM CHARGE | | |
| 1/13/2020 | ($200.55) | DIRECT WITHDRAWAL PAYCHEX EIB   INVOICE | | |
| 1/13/2020 | ($2,160.12) | DIRECT WITHDRAWAL CCTC RETIREMENT RSG ACH | | |
| 1/13/2020 | ($3,719.17) | DIRECT WITHDRAWAL PAYCHEX TPS  TAXESHEILKELp | 30 | Final 401k |
| 1/13/2020 | ($7,402.02) | DIRECT WITHDRAWAL PAYCHEX INC.  PAYROLLHEILKELp | 30 | SAE Payroll Liability |
| 1/14/2020 | ($199.80) | Extreme Queen Cleaning | | 998 Office Cleaning |
| 1/14/2020 | ($219.79) | William Mehis | | SAE Payroll |
| 1/14/2020 | ($1,500.00) | TRF TO     DDA 00003296B1301209   3290 | | Union Payroll |
| 1/14/2020 | ($245.29) | DIRECT WITHDRAWAL, SAE SUN AND EARTRETUR | | Transfer to 1209 to transfer to CC |
| 1/14/2020 | ($1,500.00) | TRF TO     DDA 00003296B1301209   3290 | | Transfer to 1209 to transfer to CC |
| 1/15/2020 | ($8,631.61) | TRANSFER TO 1821 ACCOUNT TO CORRECT ACH | | 15th Resi ACH transferred to 1821 |
| 1/15/2020 | ($92.33) | DIRECT WITHDRAWAL  SAE SUN AND EARTRETURN | | |
| 1/15/2020 | ($10,447.14) | DIRECT WITHDRAWAL  CDPHP Inc. | | Health Insurance |
| 1/15/2020 | ($5,709.46) | Paychex - Wire | | MSA Payroll |
| 1/15/2020 | ($162.59) | CHECK SUPPLY PURCHASE | | checks |
| 1/16/2020 | ($965.41) | DIRECT WITHDRAWAL, SAE SUN AND EARTRETURN | | |
| 1/16/2020 | ($0.01) | DIRECT WITHDRAWAL  Square Inc.   SDV-VRFY | | CC processing verify |
| 1/17/2020 | ($37.85) | DIRECT WITHDRAWAL  PAYCHEX EIB   INVOICE | | Processing fee |
| 1/17/2020 | ($128.67) | DIRECT WITHDRAWAL, SAE SUN AND EARTRETURN | | Return from 15th Resi ACH |

| Date | Cash Receipts | Description | ck# | Ref | |
|---|---|---|---|---|---|
| 1/17/2020 | ($150.65) | DIRECT WITHDRAWAL PAYCHEX-HRS  HRS PMT | | Union - payroll | |
| 1/17/2020 | ($216.00) | DIRECT WITHDRAWAL PAYCHEX CGS  GARNISH | | SAE payroll garnishment | |
| 1/17/2020 | ($1,187.80) | DIRECT WITHDRAWAL PAYX-PIA-WC  WC-PREMIUM | | SAE payroll WC premium | |
| 1/17/2020 | ($6,512.95) | DIRECT WITHDRAWAL PAYCHEX TPS  TAXES | | SAE payroll liability | |
| 1/17/2020 | ($11,280.78) | DIRECT WITHDRAWAL PAYCHEX INC.  PAYROLL | | SAE Payroll | |
| 1/17/2020 | ($54.13) | CHECK #  1001 | | William Mehls - Union Employee | |
| 1/20/2020 | ($38.00) | Overdraft charge | | | |
| 1/21/2020 | $66.63 | DIRECT DEPOSIT  CASS INFO. CARR.CONC ACCTS | | CASS | |
| 1/21/2020 | ($200.55) | DIRECT WITHDRAWAL PAYCHEX EIB  INVOICE | | Processing fee | |
| 1/21/2020 | ($359.99) | DIRECT WITHDRAWAL TWC CHARLOTTE  MTHLY SVC | | Office Internet (Spectrum) | |
| 1/21/2020 | ($4,000.00) | DIRECT WITHDRAWAL INTELLIGENT TECHSALE | | ITS monthly (12/25) | |
| 1/21/2020 | ($70.00) | CHECK #  1006 | | Window cleaners - Final | |
| 1/21/2020 | ($14,541.12) | CHECK #  1005 | | Bonded Concrete - Troy LF materials | |
| 1/22/2020 | ($5.60) | CHECK #  1003 | | NEBF replacement check - Union | |
| 1/22/2020 | ($8.00) | CHECK #  1002 | | NEBF replacement check - Union | |
| 1/22/2020 | ($1,500.00) | TRF TO  DDA 0000329681301209  3290 | | Transfer to 1209 to transfer to CC | |
| 1/22/2020 | ($6.26) | DIRECT WITHDRAWAL PAI WORKERS COMPMANACH COL | | Monolith WC | |
| 1/22/2020 | ($433.86) | CHECK #  1008 | | Cap Com FCU - Burdeck St | |
| 1/22/2020 | ($1,983.14) | CHECK #  1009 | | KEF - County of Schenectady | |
| 1/22/2020 | ($5,970.01) | WIRE WITHDRAWAL | | Monolith Payroll | |
| 1/23/2020 | ($1,500.00) | Transfer to 2444 | | cc payment | |
| 1/24/2020 | ($3,202.00) | Wire transfer to Scouler Kirchhein | | Payment of December expenses | |
| 1/27/2020 | ($33.00) | DIRECT WITHDRAWAL  PAYCHEX SEC DEP MANACH COL | | YE Processing | Monolith |
| 1/27/2020 | ($50.00) | DIRECT WITHDRAWAL  PAYCHEX SEC DEP MANACH COL | | YE Processing | Monolith |
| 1/27/2020 | ($100.00) | DIRECT WITHDRAWAL  PAYCHEX SEC DEP MANACH COL | | YE Processing | Sae |
| 1/27/2020 | ($132.00) | DIRECT WITHDRAWAL  PAYCHEX SEC DEP MANACH COL | | YE Processing | Sae |
| 1/27/2020 | ($199.00) | DIRECT WITHDRAWAL SAE SUN AND EARTRETURN | | Processing fee | Sae |
| 1/27/2020 | ($210.37) | DIRECT WITHDRAWAL PAYCHEX EIB  INVOICE | | Paychex processing fee | |
| 1/27/2020 | ($1,500.00) | TRF TO  DDA 0000329681301209  3290 | | Transfer to 1209 to transfer to CC | |
| 1/27/2020 | ($1,500.00) | Transfer to 2444 | | cc payment | |
| 1/28/2020 | ($6.41) | DIRECT WITHDRAWAL PAYX-PIA-WC  WC-PREMIUM | | WC Paychex | Monolith |
| 1/28/2020 | ($1,673.91) | DIRECT WITHDRAWAL OPTCONNECT WIRELPAYMENT | | Monthly Optconnect - Monitoring | |
| 1/28/2020 | ($108.60) | CHECK #  1004 | | N.E.B.F | Union Benefit to replace invalid check issued from 5158 |
| 1/29/2020 | ($0.54) | DIRECT WITHDRAWAL  Daigle Cleaning Verify | | Account verify transaction | |
| 1/29/2020 | ($4,000.00) | DIRECT WITHDRAWAL  INTELLIGENT TECHSALE | | ITS - Monthly support charge | |
| 1/29/2020 | ($6,290.34) | Transaction Ref. No.:20012901596 5Fed. Ref. No.:0129D1B74P3C001071 ORG=D/3242310018 2.1 SAE SUN AND EARTH ENERGY INC 444 WASHINGTON ST R ENSSELAER, NY 12144 OBI=1404446 0 Monolith Solar SR F=B95B0334675241 ORF=1404446 0 BBK=A021000021 JP M ORGAN CHASE BANK NEW YORK NEW YORK BNF=/51206839 9 Paychec, Inc | | Monolith Payroll Wire | |
| 1/30/2020 | ($6.47) | | | | |
| **Total** | **($400,181.48)** | | | | |

Business
2444 MasterCard

| Date | Cash Receipts Amount | Description | ckt# Card ending in | Ref Purchase | Cardholder |
|---|---|---|---|---|---|
| 1/31/2020 | ($88.50) | Home Depot | 6771 | Job materials - Troy LF | BVN |
| 1/31/2020 | ($22.62) | Home Depot | 6771 | Job materials - Troy LF | BVN |
| 1/31/2020 | ($14.99) | Zoom US | 7651 | Misc | RS |
| 1/31/2020 | ($27.90) | Sunoco | 1929 | Sunoco | CH |
| 1/31/2020 | ($25.24) | Stewarts | 6771 | Fuel | BVN |
| 1/31/2020 | ($82.00) | Exxon Mobil | 6771 | Fuel | BVN |
| 1/29/2020 | ($111.05) | WOODWARD COMPANY,THE ALBANY NY | 6771 | Job materials - Troy LF | BVN |
| 1/30/2020 | $0.27 | RBT STEWARTS SHOP 184 EasySavings NY | 6771 | | BVN |
| 1/28/2020 | ($66.56) | THE HOME DEPOT #1263 RENSSELAER NY | 6771 | Job materials - Troy LF | BVN |
| 1/29/2020 | ($2.60) | USFS PO 357000014 RENSSELAER NY | 2279 | Post Office - mailing | Office |
| 1/29/2020 | ($270.00) | Intuit *QuickBooks 833-830-9255 CA | 2279 | QB monthly | Office |
| 1/30/2020 | $0.82 | RBT STEWARTS SHOP 304 EasySavings NY | 1929 | Rebate | CH |
| 1/28/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel | BVN |
| 1/27/2020 | ($150.00) | THE HOME DEPOT #1263 RENSSELAER NY | 6771 | Job materials - Troy LF | BVN |
| 1/27/2020 | ($54.41) | THE HOME DEPOT #1263 RENSSELAER NY | 6771 | Job materials - Troy LF | BVN |
| 1/27/2020 | $85.20 | THE HOME DEPOT 1263 RENSSELAER NY | 6771 | Return  of matrials - Troy LF | Office |
| 1/27/2020 | $1,500.00 | PAYMENT RECEIVED -- THANK YOU | 2444 | | |
| 1/27/2020 | ($27.00) | STEWARTS SHOP 184 TROY NY | 6771 | Fuel | BVN |
| 1/27/2020 | $0.60 | RBT STEWARTS HUDSON VA EasySavings NY | 6771 | Rebate | BVN |
| 1/27/2020 | ($81.50) | STEWARTS SHOP 304 FEURA BUSH NY | 1929 | Fuel | CH |
| 1/27/2020 | ($69.42) | SPEEDWAY 07711 CASTLETON NY | 7651 | Fuel | RS |
| 1/26/2020 | ($11.99) | DROPBOX*b67866820PNR4 DB.TT/CCHELP CA | 2279 | Drop box - Office Software | Office |
| 1/25/2020 | $0.84 | RBT STEWARTS SHOP 304 EasySavings NY | 1929 | Rebate | |
| 1/24/2020 | ($157.50) | THE UPS STORE | 2279 | Shipping SE Personal items | Office card |
| 1/24/2020 | $1,500.00 | PAYMENT RECEIVED -- THANK YOU | 2444 | | |
| 1/22/2020 | ($22.01) | ADVANCE AUTO PARTS #43 TROY NY | 6771 | Troy LF - Job materials | BVN |
| 1/22/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel | BVN |
| 1/22/2020 | ($53.59) | ADT SECURITY*400031477 WWW.ADT.COM FL | 2279 | Warehouse security - final | Office card |
| 1/21/2020 | ($25.81) | PERSONNEL CONCEPTS 9093925655 CA | 2279 | Office annual compliance postings | Office card |
| 1/22/2020 | ($84.40) | STEWARTS SHOP 304 FEURA BUSH NY | 1929 | Fuel | CH |
| 1/21/2020 | ($27.08) | STEWARTS SHOP 291 ALBANY NY | 6771 | Fuel | BVN |
| 1/21/2020 | ($32.38) | ADVANCE AUTO PARTS #43 TROY NY | 6771 | Job materials | BVN |
| 1/21/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel | BVN |
| 1/21/2020 | ($150.06) | E-Z*PASSNY PAYMENT 800-333-8655 NY | 2279 | EZ Pass payment - Van 42 (O & M Vehicle) | Office card |
| 1/20/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel | BVN |
| 1/20/2020 | ($35.89) | NEXTIVA*VOIP SERVICE 800-9834289 AZ | 2279 | Office phones | Office card |
| 1/18/2020 | ($291.60) | SMARTSHEET 8554202395 WA | 2279 | Software - final | Office card |
| 1/17/2020 | ($27.13) | Stewarts | 4280 | Fuel | CW |
| 1/17/2020 | ($45.34) | Cumberland Farms | 6771 | Fuel | BVN |
| 1/16/2020 | ($87.75) | Sunoco | 1929 | Fuel | CH |
| 1/16/2020 | ($130.65) | Qbooks - Renewal | 2279 | office equipment | Office |
| 1/16/2020 | ($100.00) | Cumberland Farms | 4280 | Fuel | CW |
| 1/16/2020 | ($59.00) | Cumberland Farms | 4280 | Fuel | CW |
| 1/16/2020 | ($64.41) | Sunoco | 6771 | Fuel | BVN |
| 1/16/2020 | ($60.52) | Exxon Mobil | 6771 | Fuel | BVN |

| Date | Cash Receipts | Description | ck# | Ref | |
|---|---|---|---|---|---|
| 1/15/2020 | ($100.00) | Cumberland Farms | | 4280 Fuel | CW |
| 1/15/2020 | ($27.13) | Stewarts | | 4280 Fuel | CW |
| 1/15/2020 | $1,500.00 | CC payment | | | |
| 1/14/2020 | ($13.65) | Cumberland Farms | | 4280 Fuel | CW |
| 1/14/2020 | ($100.00) | Cumberland Farms | | 4280 Fuel | CW |
| 1/14/2020 | ($58.36) | Speedway | | 6771 Fuel | BVN |
| 1/13/2020 | ($95.04) | Grand premier Tire | | 1929 Vehicle maintenance - tires | CH |
| 1/13/2020 | ($90.85) | Cumberland Farms | | 4280 Fuel | CW |
| 1/13/2020 | ($75.01) | Senior's Citgo | | 6771 Fuel | BVN |
| 1/10/2020 | ($76.85) | Sunoco | | 1929 Fuel | CH |
| 1/10/2020 | ($328.02) | Interest Charge | | | |
| 1/10/2020 | ($328.02) | INTEREST CHARGE-PURCHASE | | 2444 Bank fee | BVN |
| 1/9/2020 | $0.60 | RBT STEWARTS SHOP 184 EasySavings NY | | 6771 Fuel | CH |
| 1/9/2020 | ($76.85) | SUNOCO 072089290O QPS PALATINE BRIDNY | | 1929 Fuel | BVN |
| 1/7/2020 | ($164.22) | THE HOME DEPOT #1263 RENSSELAER NY | | 6771 Job materials - Troy LF | Office |
| 1/3/2020 | ($2,309.00) | FRONIUS USA LLC 877-3766487 IN | | 2279 Inverter swap | Office |
| 1/7/2020 | ($42.00) | SUNOCO 0187140900 QPS TROY NY | | 6771 Fuel | BVN |
| 1/7/2020 | ($100.00) | SUNOCO 0187140900 QPS TROY NY | | 6771 Fuel | BVN |
| 1/7/2020 | ($46.00) | SUNOCO 0187140900 QPS TROY NY | | 6771 Fuel | BVN |
| 1/7/2020 | ($100.00) | SUNOCO 0187140900 QPS TROY NY | | 6771 Fuel | BVN |
| 1/7/2020 | ($27.31) | CUMBERLAND FARMS 1585 TROY NY | | 6771 Fuel | BVN |
| 1/6/2020 | ($48.44) | THE HOME DEPOT #1263 RENSSELAER NY | | 6771 Fuel | BVN |
| 1/7/2020 | ($11.00) | USPS PO 3570000144 RENSSELAER NY | | 2279 Postal stamps | Office |
| 1/7/2020 | ($183.50) | NEW YORK STATE DMV 518-4740904 NY | | 2279 Veh registration | Office |
| 1/6/2020 | ($99.40) | TROY SAND & GRAVEL CO 518-273-5800 NY | | 2279 Job materials | Office |
| 1/6/2020 | ($88.00) | THE MILK RUN DURHAM NY | | 1929 Fuel | CH |
| 1/6/2020 | ($60.00) | STEWARTS SHOP 184 TROY NY | | 6771 Fuel | BVN |
| 1/6/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | | 6771 Fuel | BVN |
| 1/3/2020 | $2,200.00 | PAYMENT RECEIVED -- THANK YOU | | 2444 | |
| 1/5/2020 | $0.50 | RBT STEWARTS SHOP 401 EasySavings NY | | 6771 Fuel | BVN |
| 1/2/2020 | ($87.16) | THE HOME DEPOT 1263 RENSSELAER NY | | 6771 Fuel | BVN |
| 1/2/2020 | ($1,661.96) | TROY SAND & GRAVEL CO 518-273-5800 NY | | 2279 Job materials - Troy LF | Office |
| 1/3/2020 | ($16.19) | ACROBAT PRO SUBS 8008336687 CA | | 2279 Adobe Pro - Office Software | Office |
| 1/2/2020 | $1,000.00 | PAYMENT RECEIVED -- THANK YOU | | 2444 | |
| 1/2/2020 | ($50.01) | STEWARTS SHOP 401 MECHANICVILLENY | | 6771 Fuel | BVN |
| 1/2/2020 | ($61.65) | GULF OIL 92039840 RENSSELAER NY | | 4280 Fuel | CW |
| 1/2/2020 | ($62.69) | SUNOCO 0360704100 QPS RENSSELAER NY | | 1929 Fuel | CH |
| 1/2/2020 | ($86.60) | CUMBERLAND FARMS 1576 GREENVILLE NY | | 1929 Fuel | CH |
| **Total** | ($1,946.98) | | | | |

EXHIBIT "B"

|                  |        |
|------------------|-------:|
| **DAN SCOULER**  | 43,700 |
| **PATRICK SCOULER** | 50,550 |
| **TOTAL JANUARY FEES** | 94,250 |

**DAN SCOULER**

| 2-Jan | 0.2 | NYSERTA forms redirect to new account |
|-------|-----|---------------------------------------|
|       | 0.5 | Meeting with JH re daily priorities |
|       | 0.2 | Follow up on options re Rotterdam Main street |
|       | 0.2 | Silfab request for payment |
|       | 2.5 | Meeting with AT and JL re billing and collection issues |
|       | 1.5 | Meeting with Simon Strauss re retention of E/W Capital and assistance on evaluating PPAs |
|       | 0.2 | Email to Silfab re payment and appointment of Receiver |
|       | 0.1 | Email to LJ re KeyBank restricted collateral account |
|       | 0.3 | Email to LJ re outstanding sources of cash and transaction closing schedule |
|       | 0.5 | Conf with Karen B of M&T re billing and project performance |
|       | 1.6 | Troy landfill site visit |
|       | 0.2 | Finalization of info request from KB at M&T |
|       | 0.1 | Email re lien release for Craig Alexander |
|       | 8.1 | |

| 3-Jan | 0.1 | Conf with John Hartzell re contract documentation |
|-------|-----|---------------------------------------------------|
|       | 0.1 | Meeting with JH re Nelliston NYSEDA money |
|       | 0.1 | Email to LJ re NYSERDA |
|       | 1.2 | Work plan for week of Jan 6 |
|       | 0.4 | Review of 2019 Balance Sheet and IS from QB |
|       | 0.4 | Formulation of stay bonus |
|       | 0.6 | Update call with Hancock |
|       | 1.2 | Travel Rutherford to Albany at 1/2 time |
|       | 0.6 | Conf with Jen Pickett re financial statements |
|       | 0.9 | Review status of 400K in potential sales |
|       | 0.2 | Review transaction report |
|       | 0.4 | Conf with JH re termination of Monica Ann |
|       | 0.8 | Analysis of outstanding PPA receivables |
|       | 0.2 | Review of EW engagement letter |
|       | 7.2 | |

| 4-Jan | 0.1 | Email to Bay4 re conf call |
|-------|-----|----------------------------|
|       | 1.6 | Draft Receiver's report |
|       | 1.7 | |

| 5-Jan | 0.1 | Email to JH re Mark's wife's auto |
|-------|-----|-----------------------------------|
|       | 0.1 | Email from JH re insurance coverages in place |
|       | 3.1 | Receiver's monthly report |
|       | 0.1 | Email to Jack West concerning possible interest in acquiring assets |
|       | 1.1 | Conf with TH and JH re Erby filing |
|       | 4.5 | |

| 6-Jan | 1.2 | Travel Rutherford to Albany at 1/2 time |
|-------|-----|-----------------------------------------|
|       | 1.0 | Pick up Monolith VW from M Fobere |
|       | 0.4 | Conf with LJ re receivership matters including response to SE court filing |
|       | 1.2 | Review of cash flow |
|       | 0.9 | Conf call with E/W capital |
|       | 1.8 | Read and develop response to Erby court filing |
|       | 2.4 | Preparation of Receiver's report |
|       | 8.9 | |

| 7-Jan | 2.4 | Meeting to review cash flow forecast |
|-------|-----|--------------------------------------|

|       |     |                                                                        |
|-------|-----|------------------------------------------------------------------------|
|       | 0.3 | Meeting with JL re billing and vehicle sale                            |
|       | 0.5 | Conf call with Bay 4 re sale lease back                                 |
|       | 5.5 | Receiver's report                                                      |
|       | 0.3 | Meeting with CH re NextEra fencing and treatment of penalty            |
|       | 0.2 | Meeting with MAPS to terminate her employment                          |
|       | 0.5 | Conf with JL his ideas on restructuring                                |
|       | 9.7 |                                                                        |

| 8-Jan | 2.5 | Preparation for meeting with LJ Key Bank                               |
|       | 1.9 | Meeting with LJ                                                         |
|       | 0.5 | Conf call with Sunlight                                                 |
|       | 0.7 | Revise Receiver's report                                               |
|       | 0.7 | Daily meeting with BC to review NTP status of PPA's                    |
|       | 0.5 | Set up online banking                                                  |
|       | 1.1 | Analysis of development projects                                        |
|       | 0.3 | Call with JL re strategy on certain projects                           |
|       | 0.1 | Email re continuing of lock box payment process with sale lease financing |
|       | 0.1 | Read Dave Roecker offer of assistance                                  |
|       | 0.2 | Email to Tom Barber re automatic stay applying to lease rejection      |
|       | 8.6 |                                                                        |

| 9-Jan | 0.5 | Meeting with JH re WARN issues, adding her as a user on the Receiver's account |
|       | 0.6 | Prep with JH for call with NYSERDA                                     |
|       | 0.4 | Call with Heller re sale leasebacks and landlord issues                |
|       | 0.8 | Call with NYSERDA                                                       |
|       | 0.5 | Meeting with Josh L re misc. asset purchases                           |
|       | 0.3 | Conf with Mike Miller of Bay4 re proposal to lenders and NDA           |
|       | 0.4 | Review NDA                                                              |
|       | 0.2 | Conf with CT re amendments to the Receivership Order                   |
|       | 0.8 | Review of default notices                                              |
|       | 0.8 | Meeting with BC re status of PPA review                                |
|       | 1.4 | Review Albany landfill PPA                                             |
|       | 6.7 |                                                                        |

| 10-Jan | 0.3 | Travel arrangements                                                   |
|        | 0.4 | NDA with Bay4                                                          |
|        | 0.3 | Emails to Bill Losey Rotterdam Community Solar                        |
|        | 0.1 | Review vehicle purchase agreement                                     |
|        | 0.1 | Email from Mark Fobere re 2014 MB                                     |
|        | 0.4 | Prep for call on NYSERDA suspension                                    |
|        | 0.8 | Call with KEF for weekly update                                        |
|        | 0.1 | Email to LJ and Josh L re NYSERDA                                     |
|        | 0.7 | Weekly update call with Hancock Whitney                                |
|        | 0.3 | Resign SunLife docs                                                    |
|        | 0.6 | Conf call with USEG                                                    |
|        | 0.1 | Review of bank balance and overdraft                                   |
|        | 0.2 | Conf with Josh L re NYSERDA suspension                                |
|        | 0.7 | Review of Albany landfill PPA email to Justin re stay of default      |
|        | 0.5 | Daily meeting with BC re PPA status                                   |
|        | 1.2 | Travel Rutherford to Albany at 1/2 time                               |
|        | 6.8 |                                                                       |

| 13-Jan | 1.2 | Travel Rutherford to Albany at 1/2 time                               |
|        | 0.4 | Review bank transactions                                              |
|        | 0.3 | Review strategy and communication with Community Solar                |
|        | 1.4 | Development of Jan 13 week workplan                                   |
|        | 0.5 | Conf with Crestmark re Russell Sage projects                          |
|        | 0.1 | Email to LJ re overdrafts                                             |
|        | 0.1 | Read letter to NYSERDA re automatic stay                              |
|        | 1.3 | Weekly cash flow update                                               |

|      |     |                                                   |
|------|-----|---------------------------------------------------|
|      | 0.1 | Email to JH re LOC court approval                 |
|      | 0.3 | Conf call with Leslie Jones re funding            |
|      | 0.7 | Daily meeting with BC re PPA status               |
|      | 0.8 | Prep for Community Solar members conf call        |
|      | 1.2 | Review PPA status analysis and MIPAs              |
|      | 0.2 | Read Key rebuttal to Erby declaration             |
|      | 8.6 |                                                   |

| 14-Jan | 0.1 | Review Receiver's bank transactions               |
|--------|-----|---------------------------------------------------|
|        | 0.1 | Email re Pioneer foreclosure                      |
|        | 0.1 | Reorganize schedule of conf calls                 |
|        | 0.3 | Prep for and attend daily cash call with LJ       |
|        | 0.6 | Meeting with John Millet re renewal of health plans |
|        | 0.3 | Conf call with NextEra re general update          |
|        | 0.9 | Conf call with Justin H re outstanding receivership issues |
|        | 0.5 | Daily meeting with BC re PPA status               |
|        | 0.3 | Email to CS re task list                          |
|        | 0.5 | Meeting with JH re stay bonus                     |
|        | 0.2 | Review revised EW Capital engagement letter       |
|        | 3.9 |                                                   |

| 15-Jan | 0.7 | Review and analysis of Rensselear County default  |
|--------|-----|---------------------------------------------------|
|        | 0.1 | Email to JH re default                            |
|        | 0.1 | Check Receiver's bank account transactions        |
|        | 0.5 | Prep for Sunlight Gen call                        |
|        | 0.7 | Analysis of E/W engagement letter fees            |
|        | 0.7 | Review of vehicle liquidation strategy            |
|        | 0.4 | Prep for conf call with Hancock                   |
|        | 0.4 | Conf call with Hancock Whitney re Rensselaer default |
|        | 0.6 | Conf call with EnPower re asset purchases         |
|        | 0.5 | Daily meeting with BC re PPA status               |
|        | 0.1 | Email re closing bank accounts                    |
|        | 0.1 | Email to LJ re retention of E/W                   |
|        | 0.2 | Conf re site visit to Monolith property in VT     |
|        | 1.2 | Travel Rutherford to Albany at 1/2 time           |
|        | 0.7 | Agenda for meeting with CS                        |
|        | 7.0 |                                                   |

| 16-Jan | 1.6 | Meeting with Bay 4 re SLB projects                |
|--------|-----|---------------------------------------------------|
|        | 0.9 | Call with KEF re general update                   |
|        | 1.7 | Meeting with SunLight re Tranche 3 operating projects |
|        | 4.2 |                                                   |

| 17-Jan | 1.2 | Travel Rutherford to Albany at 1/2 time           |
|--------|-----|---------------------------------------------------|
|        | 0.8 | Meeting with Zack NextEra                         |
|        | 0.4 | Review of Troy Nat Grid payment accounting        |
|        | 0.2 | Call re cash needs with LJ                        |
|        | 0.5 | Weekly call with Hancock Whitney                  |
|        | 1.1 | Conf call with JH re outstanding receivership issues |
|        | 1.2 | Travel Rutherford to Albany at 1/2 time           |
|        | 5.4 |                                                   |

| 20-Jan | 0.3 | Respond to LJ email re E/W retention              |
|--------|-----|---------------------------------------------------|
|        | 0.1 | Check bank transactions                           |
|        | 0.7 | EnPower NDA                                       |
|        | 1.7 | Workplan for the week                             |
|        | 0.3 | E/W Capital amendments to engagement letter       |
|        | 0.5 | EnPower preliminary info                          |
|        | 0.6 | Review sales strategy for surplus vehicles        |
|        | 0.3 | Conf with CH re Downsville surplus panels         |

|       |     |                                                                 |
|-------|-----|-----------------------------------------------------------------|
|       | 0.4 | Conf with BC and David Morgen re South Colony                   |
|       | 0.3 | Email to JH re E/W engagement letter                            |
|       | 0.2 | Email to Bay4 re retention                                      |
|       | 0.2 | Review and sign new paychex docs                                |
|       | 0.5 | Read and approve Key Bank loan proposal                         |
|       | 0.6 | Daily meeting with BC re PPA status                             |
|       | 1.3 | Stay bonus calculation                                          |
|       | 8.0 |                                                                 |

| 21-Jan | 0.1 | Check bank transactions                                         |
|--------|-----|-----------------------------------------------------------------|
|        | 2.3 | Prep for meeting with CS                                        |
|        | 1.7 | Meeting with CS re assets and liabilities, PPAs with NextEra, Albany and Rensselaer |
|        | 0.2 | Call with Key re MC cancellation                                |
|        | 0.4 | Granville property and classic boat sales process               |
|        | 0.2 | Prep for Pastor Lon call re outstanding receivable              |
|        | 0.2 | Call with Pastor Lon                                            |
|        | 0.2 | Review of Exhibit A to the E/W engagement letter re Qualified Investors |
|        | 0.1 | Email to JL re Downview solar panels                            |
|        | 0.2 | Daily call with LJ re cash needs                                |
|        | 0.4 | Conf with Mark Miller Bay4 re proposal on SLB                   |
|        | 0.2 | Conf with JH re CapCom objection to Receivership                |
|        | 0.8 | Conf with CT and JH re rensselaer default and Cap Com objections |
|        | 0.6 | Daily meeting with BC re PPA status                             |
|        | 0.1 | Conf with Chris Spencer re Albany landfill meeting              |
|        | 0.2 | Review temp agency contract                                     |
|        | 0.2 | Email to Jon Lepel at CapCom re objections to receivership order |
|        | 0.2 | Conf with Josh L re DOT, sale of house on warehouse property, and Buffalo |
|        | 8.3 |                                                                 |

| 22-Jan | 0.1 | Check bank transactions                                         |
|--------|-----|-----------------------------------------------------------------|
|        | 0.2 | Sign and email revised Heller engagement letter                 |
|        | 1.6 | Review and analyze Bay 4 proposal                               |
|        | 0.5 | Read Financing Order email to JH re comments                    |
|        | 0.2 | Read and sign Declaration                                       |
|        | 0.3 | Daily cash call with LJ                                         |
|        | 0.6 | Analysis of CapCom objections                                   |
|        | 0.8 | Cash flow update                                                |
|        | 0.5 | Update call with SunLight                                       |
|        | 0.6 | NYSERDA progress review                                         |
|        | 0.8 | Conf with JL re holdbacks and house title                       |
|        | 1.2 | Daily meeting with BC re PPA status                             |
|        | 0.2 | Email to Crestmark re request for information                   |
|        | 0.2 | Conf with Pittsfield Fire Dept re safety issues                 |
|        | 1.4 | Analysis of NextEra project sequencing                          |
|        | 9.2 |                                                                 |

| 23-Jan | 1.3 | Meeting with Josh L re solar panels, monitors, real estate and holdback analysis |
|--------|-----|-----------------------------------------------------------------|
|        | 0.5 | Daily cash call with LJ                                         |
|        | 1.1 | Call with JL re various matters including receiver borrowing, prep for Rens County, other matters |
|        | 1.1 | Cash flow update                                                |
|        | 2.1 | Meeting with Rens County                                        |
|        | 0.3 | Daily meeting with BC                                           |
|        | 0.6 | Conf call with Brian S at M&T re Bay4 proposal                  |
|        | 0.3 | Conf with JH re CapCom objections to Receivership Order         |
|        | 0.3 | Conf with Curtis T re Steve Erby's health care coverage         |
|        | 7.6 |                                                                 |

| 24-Jan | 0.1 | Check bank transactions                                         |
|--------|-----|-----------------------------------------------------------------|
|        | 0.4 | Email to LJ re payment of fees                                  |
|        | 0.2 | Email re meeting with City of Albany                            |

|  | 0.6 | Cash flow revisions for Albany landfill |
|--|-----|-----|
|  | 0.7 | SLG estoppal protocol |
|  | 0.4 | Weekly call with KEF |
|  | 0.6 | Weekly call Hancock |
|  | 0.2 | Call with E/W re retention |
|  | 0.4 | Sale of solar panels to GMES |
|  | 1.1 | Drafting Receiver's second report |
|  | 0.3 | Conf with JH re Bay4 retention and CapCom meeting |
|  | 0.2 | Conf with AK re assistance with City of Albany meeting |
|  | 0.7 | Email to JH re agreement with SLBF re payment of Bay4 |
|  | 1.2 | Travel Rutherford to Albany at 1/2 time |
|  | 7.1 |  |

| 27-Jan | 1.2 | Travel Rutherford to Albany at 1/2 time |
|--|-----|-----|
|  | 1.2 | Workplan for the week |
|  | 0.4 | Case administration |
|  | 0.2 | Review bank transactions |
|  | 0.8 | Daily call with LJ re cash planning and general update |
|  | 0.8 | Conf calls with Greg Caito re City of Albany |
|  | 1.2 | Emails to J Hartzell re Structure of Receiver Bay4 engagement |
|  | 0.4 | Cash flow update review |
|  | 2.2 | Drafting Receiver's  second report |
|  | 8.4 |  |

| 28-Jan | 0.1 | Check bank transactions |
|--|-----|-----|
|  | 0.1 | Email to CS re CapCom valuation |
|  | 0.3 | Review of documents needed from City of Albany |
|  | 4.3 | Meeting with Evan Bates from EnPower re potential interest in Monolith assets |
|  | 0.2 | Call with JH re Receiver's agreement with SLB financiers |
|  | 1.2 | Receiver's report |
|  | 0.1 | Conf with BS from M&T bank re Anchor Marine landlord |
|  | 0.5 | Review Anchor Marine lease issue, conf with John Hollett re rent and leak issue |
|  | 0.5 | Review Receiver Bay4 agreement |
|  | 1.5 | Meeting with Greg Caito re City of Albany PPA changes |
|  | 0.2 | Daily meeting with BC re PPA progress to NTP |
|  | 0.3 | Review and approve of NYSERDA submission as required under the terms of the suspension |
|  | 0.5 | Email to CT re Receiver Certificate waterfall |
|  | 9.8 |  |

| 29-Jan | 0.1 | Check Receiver bank transactions |
|--|-----|-----|
|  | 0.2 | NYSERDA application |
|  | 0.3 | Review TH comments on E/W engagement letter |
|  | 0.5 | Daily call with LJones |
|  | 1.6 | Preparation for CapCom meeting |
|  | 0.3 | Review of changes to the Receivership order |
|  | 0.5 | Update conf call with Sun Light |
|  | 0.4 | Calls with unsecured creditors |
|  | 0.5 | Call with LJ re stay bonus and other receivership matters |
|  | 0.2 | Respond to email re CapCom segregated accounts |
|  | 3.6 | Draft Receiver's second interim report |
|  | 8.2 |  |

| 30-Jan | 0.1 | Check Receiver bank transactions |
|--|-----|-----|
|  | 1.2 | CapCom billing reconciliation |
|  | 4.2 | Prep for and meeting with CapCom re billing and segregation of funds |
|  | 0.5 | Daily call with LJ re cash and receivership matters |
|  | 0.7 | Conf with CH re City of Troy issues |
|  | 1.1 | Receiver's second report |
|  | 7.8 |  |

| 31-Jan | 0.1 | Check Receiver bank transactions |
| | 0.3 | Prep for conf call with City of Troy re Troy landfill project |
| | 0.1 | Email to JH re unauthorized changes to Monolith's facebook page |
| | 0.6 | Conf call with NextEra and City of Troy re changes to landfill |
| | 0.6 | Call with KEF for regular weekly update |
| | 0.4 | Call with Hancock for regular weekly update |
| | 0.6 | Circulate Receiver Bay4 to Hancock |
| | 1.1 | Call with KEF Brian Deponte GB and LJ re interested parties, City of Albany and potential value |
| | 1.2 | Travel Rutherford to Albany at 1/2 time |
| | 4.1 | Finalization of Receiver's second report |
| | 9.1 | |

| TOTAL HOURS | 174.80 |
| HOURLY RATE | $250 |
| **FEES** | 43,700 |

## PATRICK SCOULER

| 2-Jan | 1.4 | 1/2 time travel |
| | 1.2 | Meeting with Ashley , J. Laber and D. Scouler to review billing methods and a go forward plan |
| | 1.0 | Meeting with Simon Strauss from E/W Capital and D. Scouler |
| | 0.2 | Meeting with Monica Ann and D. Scouler on residential sales |
| | 0.5 | Meeting with C. Hunt to discuss oustanding issues with M&T sites |
| | 1.3 | Revised M&T report |
| | 0.8 | Review of BTM Master Billing report |
| | 0.7 | Review of RNM Master Billing report |
| | 1.6 | Troy Landfill site visit with C. Hunt and D. Scouler |
| | 1.2 | PPA Reconciliation |
| | 9.9 | |

| 3-Jan | 2.2 | PPA Reconciliation |
| | 0.3 | Meeting with B. Cuddihy to review PPA Reconciliation |
| | 1.4 | PPA Reconciliation - Apr vs Nov Forecasts |
| | 1.5 | Review of Sun Light General deals - Tranche 1 & 2 |
| | 2.6 | Owned PPA Billing Revenue Trail - BTM |
| | 1.4 | 1/2 time travel |
| | 9.4 | |

| 4-Jan | 0.5 | Fee app preparation |
| | 0.5 | |

| 6-Jan | 1.5 | 1/2 time travel |
| | 1.6 | 13 week cash flow -  Monthly Disbursements |
| | 0.9 | Conf call with E/W Capital, B. Cuddihy and D. Scouler to discuss possible cooperation on various projects. |
| | 0.4 | Meeting w B. Cuddihy and D. Scouler to review project status and game plan |
| | 1.2 | 13 week cash flow - PPA Revenue |
| | 1.4 | 13 week cash flow - Residential ACH |
| | 0.5 | Meeting with J. Hoeffner to review payroll |
| | 1.0 | 13 week cash flow - Payroll |
| | 1.0 | 13 week cash flow - Troy Landfill |
| | 1.4 | Review of 13 week cash flow w D. Scouler |
| | 0.6 | Reconciled Troy Landfill remaining cost estimates |
| | 11.5 | |

7-Jan
    2.4 Cash Flow meeting with C. Hunt, B. Cuddihy, D. Scouler and J. Hoeffner
    1.6 Revised 13 week cash flow
    0.3 Meeting with J. Laber and D. Scouler to discuss Steve Erby court action
    1.0 Reviewed 13 week cash flow w D. Scouler
    2.0 Reformatted 13 week cash flow
    1.1 13 week cash flow - Professional Fees
    0.6 13 week cash flow - Assumptions
    0.8 13 week cash flow - Vehicles and Equipment
    0.7 13 week cash flow - Assumptions
    0.5 Fee app preparation
    _____
    11.0

8-Jan
    0.8 13 week cash flow - Assumptions
    1.2 Review of 13 week cash flow w D. Scouler
    1.9 Meeting with L. Jones from Key Bank
    0.5 Conference Call with Sun Light General
    2.0 Owned PPA Billing Revenue Trail - BTM
    0.7 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
    1.9 Owned PPA Billing Revenue Trail - BTM
    _____
    9.0

9-Jan
    1.5 Updated 13 week cash flow to reflect changes in operating disbursements
        Meeting with J. Hoeffner and D. Scouler on multiple business matters including the Warren Act and
    0.5 upcoming call with NYSERDA
        Conf call with David Sandbank and team from NYSERDA with B. Cuddihy, J. Hoeffner and D.
    0.7 Scouler to discuss status of projects currently in the NYSERDA pipeline.
    1.0 Meeting w C. Hunt to reconcile the issues on M&T sites reported by Bay4 vs Monolith monitoring
    0.5 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
    0.8 Report to Karen @ M&T to address questions on Bay4's report
    0.9 Fee app preparation
    _____
    5.9

10-Jan
    1.6 Owned PPA Billing Revenue Trail - RNM
        Conf call with J. Heller at NHK with C. Hunt, B. Cuddihy, J. Hoeffner and D. Scouler to discuss
    0.4 legal strategy surrounding NYSERDA suspension
    1.0 Conf call with Glen Bleeker at KEF, L. Jones at Key Bank and D. Scouler
    0.4 Conf call with Harry Hardin at Hancock Whitney and D. Scouler
    0.6 Report to Karen @ M&T to address questions on overdue rent and property taxes among other things
    1.6 Fee app preparation
    0.5 Conf call with B. Krepple @ USEP, B. Cuddihy and D. Scouler to discuss sale of Rotterdam Main St
    0.9 Review of Deposit Summary - SMG & Monolith
    0.3 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
    0.2 Updated 13 week cash flow - National Grid payment
    1.5 1/2 time travel
    _____
    9.0

13-Jan
    1.4 1/2 travel time
    2.1 Updated 13 week cash flow - budget to actual
    0.4 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget
    0.9 Meeting with J. Hoeffner to review prior week's banking activity
    1.0 Review of vehicle sale to Green Mountain
    1.6 Updated 13 week cash flow - budget to actual
    0.5 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
    0.7 Meeting w C. Hunt and D. Scouler to review strategy surrounding future PPA's

|  |  |
|---|---|
|  | 8.6 |

| 14-Jan | 0.5 | Review of vehicle sale to Green Mountain |
|---|---|---|
|  | 1.4 | Analysis of vehicle inventory |
|  | 0.5 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 0.8 | Meeting with John Millet from Bouchey & Clarke to review employee healthcare plans and renewal |
|  | 1.3 | Updated 13 week cash flow |
|  | 1.1 | Comprehensive vehicle project |
|  | 0.6 | Preparation for call with J. Heller |
|  | 0.9 | Conf call with J. Heller and D. Scouler to discuss ongoing agenda |
|  | 0.5 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
|  | 0.6 | Comprehensive vehicle project |
|  | 8.2 |  |

| 15-Jan | 1.4 | Comprehensive vehicle project |
|---|---|---|
|  | 0.5 | Meeting with J. Hoeffner and C. Hunt to review vehicle game plan |
|  | 0.5 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 0.5 | Conf call with Sunlight General |
|  | 0.4 | Call with Thomas Pericak at Hancock Whitney and D. Scouler to discuss Rensselaer default |
|  | 0.4 | Prep meeting with J. Hoeffner and D. Scouler to review Community Solar conference call agenda |
|  |  | Email to J. Heller to seek guidelines on vehicle sales and presentation needed in order to achieve |
|  | 0.2 | court approval |
|  | 1.4 | Comprehensive vehicle project |
|  | 0.3 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
|  | 0.6 | Fee app preparation |
|  | 1.5 | Review of Hancock Whitney Sale Lease Back invoices and reconciliation |
|  |  | Conf call with Community Solar Owners to address any issues and answer questions regarding the |
|  | 1.2 | receivership |
|  | 8.9 |  |

| 16-Jan | 0.8 | Updated Vehicle List with payoff numbers |
|---|---|---|
|  | 0.4 | Review of pending cash flow disbursements for this week |
|  | 0.4 | Call with Leslie Jones at Key Bank w J. Hoeffner to review weekly budget and immediate cash needs |
|  | 0.6 | Updated cash flow |
|  | 0.5 | Meeting with A. Tirado to discuss ongoing billing issues with Hancock Whitney sites |
|  | 0.8 | Review of A. Tirado's invoice breakdown in response to Hancock Whitney's invoice report |
|  | 0.6 | Call w D. Scouler to discuss ongoing business matters |
|  | 2.3 | Owned PPA Billing Revenue Trail |
|  |  | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline, NG payment, |
|  | 1.7 | Hancock Whitney invoice issues and BTM v RNM |
|  | 2.3 | 13 week cash flow - updated assumptions |
|  | 10.4 |  |

| 17-Jan | 0.3 | Review of cash flow w D. Scouler |
|---|---|---|
|  | 0.7 | Meeting with Zack @ NextEra, D. Scouler and C. Hunt to discuss status of Troy Landfill and next steps |
|  | 0.4 | Review of cash flow w D. Scouler |
|  | 0.3 | Call w Ryan Lloyd w NextEra, B. Cuddihy and D. Scouler to discuss Troy Landfill contract |
|  | 0.3 | Revised cash flow |
|  | 0.5 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 0.5 | Revised cash flow - Assumptions |
|  | 0.5 | Conf call with Harry Hardin at Hancock Whitney and D. Scouler |
|  | 0.6 | Prep for call w J. Heller |
|  | 1.1 | Conf call with J. Heller and D. Scouler to discuss ongoing agenda |
|  | 1.0 | Case administration |
|  | 0.9 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
|  | 0.9 | Case administration |

1.4 1/2 travel time
9.4

**20-Jan**
1.4 1/2 time travel
0.3 Review of GMES vehicle same offer
0.6 Comprehensive vehicle project
0.8 Case administration
0.2 Call with David Morgan (attorney), B. Cuddihy and D. Scouler to discuss South Colonie trial
2.3 Updated cash flow
1.6 Budget to Actual
0.3 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
0.9 Forecasted Key Bank certificate loans with associated interest and fees
1.0 Court order approval for vehicle sales
9.4

**21-Jan**
0.7 Case administration
0.8 Fee app preparation
0.5 Case administration
0.3 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget
1.8 Sun Light General Estoppel project
Meeting with C. Stroud and D. Scouler to review contractual arrangement with Hancock Whitney,
1.7 status of PPA's and Cap Com loan status
0.4 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
1.1 Sun Light General Estoppel project
0.7 Comprehensive vehicle project
1.0 Case administration
9.0

**22-Jan**
0.8 Drafted report to include breakdown of both Sale Lease Backs and Loans
1.2 Review of Cap Com's objections to and modifications for the Receivership Order
0.4 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget
1.1 Review of Cap Com's objections to and modifications for the Receivership Order
1.3 Updated Cash Flow
0.5 Conf call with Sun Light General, B. Cuddihy and D. Scouler
1.2 Updated Cash Flow
Meeting w C. Hunt to review cash flow and discuss remaining costs associated with extended Troy
0.5 Landfill as well as Albany Landfill
0.8 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline
0.7 Case administration
8.5

**23-Jan**
Meeting w J. Laber of GMES, D. Scouler and C. Hunt to review outstanding hold backs, surplus
1.0 solar panel sale and various other business matters
0.3 Review of vehicle sale to GMES
0.8 Critical weekly disubursements
0.4 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget
0.7 Case administration
Conf call with J. Heller, D. Scouler, and B. Cuddihy to prep for upcoming meeting with Rensselaer
1.1 County and ongoing agenda
0.9 Updated cash flow
Meeting with Carl Kempf and James Gordon from Rensselaer County along with B. Cuddihy, D.
Scouler and J. Heller to review oustanding billing/invoices, state of current projects and viability of
1.5 future relationship
1.2 Cash flow - interest expense and origination fee
0.5 Sun Light General Estoppel project
0.6 Case administration

|  | 9.0 |
|---|---|

| 24-Jan | 1.0 Cash Flow - Albany landfill |
|---|---|
|  | 0.5 Meeting w C. Hunt to review Albany landfill cash flow |
|  | 0.2 Review of Motion by Receiver to Borrow Funds |
|  | 0.5 Meeting w B. Cuddihy to review Sun Light General Estoppel project |
|  | 0.8 Conf call with Glen Bleeker at KEF, L. Jones at Key Bank, B. Cuddihy and D. Scouler |
|  | 0.4 Analysis of weekly accounts activity |
|  | 0.5 Conf call with Harry Hardin at Hancock Whitney and D. Scouler |
|  | 0.7 Analysis of weekly accounts activity |
|  | 0.5 Case administration |
|  | 0.3 Reviewed inventory report |
|  | 0.4 Meeting w C. Hunt to review inventory report |
|  | 0.2 Case administration |
|  | 0.6 Monthly report - weekly activity |
|  | 0.4 Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
|  | 1.0 Monthly report - weekly activity |
|  | 1.4 1/2 travel time |
|  | 9.4 |

| 27-Jan | 1.4 1/2 travel time |
|---|---|
|  | 0.4 Review of Motion by Receiver to Borrow Funds |
|  | 0.5 Updated Cash Flow |
|  | 0.5 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 5.2 Sun Light General Estoppel Project - Efforts to obtain consent |
|  | 0.4 Review of Cash Flow w D. Scouler |
|  | 0.8 Budget to Actual |
|  | 9.2 |

| 28-Jan | 0.4 Budget to Actual |
|---|---|
|  | 0.6 Revised PPA Revenue forecast |
|  | 7.6 Sun Light General Estoppel Project - Efforts to obtain consent |
|  | 8.6 |

| 29-Jan | 0.3 Meeting with B. Cuddihy to review status of Savemore Beverage System sale |
|---|---|
|  | 0.6 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 1.5 Cap Com Loan billing reconciliation |
|  | 0.7 Conf call with Sun Light General, B. Cuddihy and D. Scouler |
|  | 5.9 Cap Com Loan billing reconciliation |
|  | 9.0 |

| 30-Jan | 1.9 Cap Com Loan billing reconciliation |
|---|---|
|  | 0.5 Budget to Actual - recalculate certificates |
|  | 0.2 Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
|  | 0.6 Meeting w E/W engagement letter and D. Scouler to review engagement letter and discuss various sale opportunities |
|  | 0.3 Review of Cap Comp billing reconciliation w D. Scouler |
|  | 4.8 Sun Light General Estoppel Project - Efforts to obtain consent |
|  | 0.7 Meeting w B. Cuddihy on Sun Light General Estoppel Project |
|  | 9.0 |

| 31-Jan | 1.2 Case administration |
|---|---|
|  | 0.8 Conf call with City of Troy, NextEra, C. Hunt, B. Cuddihy and D. Scouler to review Troy Landfill proposed change: |
|  | 2.7 Sun Light General Estoppel Project - Efforts to obtain consent |
|  | 0.2 Meeting w B. Cuddihy on Sun Light General Estoppel Project |

|  |  |
|---|---|
| 0.4 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
| 0.6 | Conf call with Glen Bleeker at KEF, L. Jones at Key Bank, B. Cuddihy and D. Scouler |
| 1.0 | Monthly report - weekly activity |
| 0.4 | Case administration |
| 0.3 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
| 0.4 | Fee app preparation |
| 1.4 | 1/2 time travel |
| 9.4 | |

|  |  |
|---|---|
| TOTAL HOURS | 202.2 |
| HOURLY RATE | $250 |
| **FEES** | 50,550 |

|                  |          |
|------------------|---------:|
| **DAN SCOULER**  | **6,128.17** |
| **PATRICK SCOULER** | **1,591.99** |
|                  | **7,720.16** |

**DAN SCOULER**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 1-Jan | Meals | 53.77 |
| 2-Jan | Meals | 71.25 |
| 6-Jan | Gas | 25.03 |
| 7-Jan | Illusive Restaurant | 34.56 |
| 8-Jan | Domino's dinner | 11.87 |
| 9-Jan | Illusive Restaurant | 33.62 |
| 10-Jan | Courtyard by Marriott | 549.07 |
| 10-Jan | Courtyard by Marriott | 492.98 |
| 10-Jan | Amtrack | 107.00 |
| 10-Jan | Illusive Restaurant | 30.92 |
| 15-Jan | Illusive Restaurant | 38.21 |
| 15-Jan | Mileage | 195.67 |
| 15-Jan | Courtyard by Marriott | 353.21 |
| 16-Jan | Uber NYC to NJ | 76.88 |
| 16-Jan | Taxi | 14.75 |
| 17-Jan | Illusive Restaurant | 42.64 |
| 17-Jan | Mileage | 162.90 |
| 17-Jan | Fairfield Inn | 451.44 |
| 20-Jan | EZ Pass | 47.33 |
| 20-Jan | Illusive Restaurant | 16.04 |
| 21-Jan | Illusive Restaurant | 30.08 |
| 22-Jan | Golden Grain Pizza | 32.37 |
| 23-Jan | Panera | 14.01 |
| 24-Jan | Mileage | 218.85 |
| 24-Jan | Courtyard by Marriott | 567.49 |
| 24-Jan | Residence Inn | 903.69 |
| 27-Jan | Market 32 | 16.00 |
| 29-Jan | Domino's dinner | 14.70 |
| 30-Jan | Illusive Restaurant | 34.16 |
| 31-Jan | Illusive Restaurant | 37.40 |
| 31-Jan | Mobil | 13.35 |
| 31-Jan | Courtyard by Marriott | 586.79 |
| 31-Jan | Courtyard by Marriott | 561.70 |
| 31-Jan | Enterprise | 288.44 |
|  |  | 6,128.17 |

**PATRICK SCOULER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2-Jan | Tolls | 3.66 |
| 2-Jan | Meals | 19.35 |
| 2-Jan | Meals | 12.28 |
| 2-Jan | Meals | 19.28 |
| 2-Jan | Hotel | 118.77 |
| 3-Jan | Meals | 17.07 |
| 3-Jan | Tolls | 4.91 |
| 3-Jan | Mileage - Round Trip | 184.00 |
| 6-Jan | Tolls | 3.66 |
| 6-Jan | Meals | 7.85 |
| 6-Jan | Meals | 15.95 |
| 7-Jan | Meals | 3.88 |
| 8-Jan | Meals | 15.96 |
| 9-Jan | Meals | 29.69 |
| 10-Jan | Tolls | 0.81 |
| 10-Jan | Mileage - Round Trip | 221.38 |
| 13-Jan | Tolls | 3.66 |
| 13-Jan | Meals | 17.15 |
| 13-Jan | Meals | 9.06 |
| 14-Jan | Meals | 14.96 |
| 14-Jan | Meals | 15.04 |
| 15-Jan | Meals | 15.25 |
| 16-Jan | Meals | 17.12 |
| 16-Jan | Meals | 11.70 |
| 17-Jan | Meals | 7.47 |
| 17-Jan | Tolls | 4.91 |
| 17-Jan | Mileage - Round Trip | 219.65 |
| 20-Jan | Tolls | 3.66 |
| 20-Jan | Meals | 2.51 |
| 22-Jan | Meals | 4.48 |
| 22-Jan | Meals | 15.65 |
| 23-Jan | Meals | 12.21 |
| 24-Jan | Meals | 30.03 |
| 24-Jan | Tolls | 4.91 |
| 24-Jan | Mileage - Round Trip | 250.13 |
| 27-Jan | Tolls | 3.66 |
| 27-Jan | Meals | 29.42 |
| 28-Jan | Meals | 14.96 |
| 29-Jan | Meals | 18.15 |
| 31-Jan | Tolls | 4.91 |
| 31-Jan | Mileage - Round Trip | 182.85 |
| | | 1,591.99 |