UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATOIN, | |
| Plaintiff, | Case No. 1:19-CV-1562-DNH-ATB |
| -against- | |
| MONOLITH SOLAR ASSOCIATES LLC, et al., | |
| Defendants. | |

**THIRD INTERIM REPORT OF RECEIVER**
**AND**
**APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF RECEIVER AND RECEIVER'S COUNSEL**
**(For Reporting Period 2/1/2020 – 2/28/2020)**

DANIEL SCOULER, the Court appointed Receiver herein, respectfully submits this Third Interim Report of Receiver and Application for Approval of Payment of Compensation and Reimbursement of Expenses of Receiver and Receiver's Counsel, pursuant to this Court's December 20, 2019 Order Appointing Receiver, as modified from time to time, and most recently by Second Order Modifying Receivership Order dated February 27, 2020 [Dkt. No. 96] (collectively, the "Receivership Order"):

1. This Action was commenced by KeyBank National Association (the "KeyBank") on December 18, 2019. [Dkt. No. 1].

2. On December 20, 2019, at KeyBank's request, the Court issued the Receivership Order, which, *inter alia*, appointed Daniel Scouler Receiver over all assets of the Defendants herein, with broad powers and authority in the performance of his duties, all as more particularly detailed in the Receivership Order. The Receiver has engaged the Albany, New York law firm Nolan Heller Kauffman LLP as his attorneys in connection with the performance of his duties and responsibilities under the Receivership Order.

3.     This Report is submitted pursuant to ¶ 15 of the Receivership Order, which requires that the Receiver file interim status reports and applications for compensation. Accordingly, this Report and Application for Compensation and Expense Reimbursement covers the period February 1, 2020 through February 28, 2020.

**STATUS REPORT**:

### A. Receivership Actions Taken and to be Taken

4.     Throughout the month of February, the Receiver has continued to engage in regular communication with creditors and interested parties including;

a.     Holding the second monthly virtual town hall meeting with the Monolith Community Solar community to explain the impact of the Receivership and answer questions on what to expect in the near term.

b.     Regular meetings and conference calls with solar project lenders.

c.     Numerous calls and emails with unsecured creditors to explain the impact of the Receivership

5.     On January 9th NYSERDA issued a Notice of Disciplinary Action suspending Monolith's participation in NYSERDA programs for 60 days, the effect of which is to suspend the submission of new projects to NYSERDA. The impact of this suspension has not been material during February. During February Monolith completed most of the action items required by NYSERDA to lift the suspension. The final requirement, quality inspection of three Monolith projects is expected to be completed in March and the Receiver will then seek termination of the suspension.

6.     Negotiations with Key Bank for financing the Receivership have been successfully concluded whereby the Receiver can borrow, subject to Key's approval, up to $1 million. This funding is an essential component for the Receiver's ability to maximize recoveries. The Motion to Borrow was approved by the Court on February 28th. The Receiver immediately issued 10 Receiver Certificates for total borrowing of $500,000. This is a major milestone that will enable completion of construction projects in process and in the pipeline.

7.     The Nelliston project, in progress at the time of the Receiver's appointment, has successfully passed performance testing and NextEra has released all holdbacks except

approximately $40,000 pending completion of fencing of the property, which will be completed shortly.

8.  The Troy Landfill project, at 2.6 MW, the largest solar project ever built by Monolith, was seriously behind schedule when the Receiver took over management. The project has been stabilized, excellent progress is being made and Troy Landfill is now approximately 75% complete. Mechanical completion is now expected to occur in mid-April.

9.  During the month of February, the City of Troy requested and the Receiver and NextEra, the project purchaser, agreed to changes in the placement of nine rows of solar arrays to accommodate neighborhood concerns. This change has delayed the project by approximately six weeks and added additional costs. We are currently negotiating with NextEra on a sharing formula for these additional costs.

10. Notwithstanding this additional time and cost, once completed, tested and connected to National Grid, the Receiver will receive milestone payments totaling approximately $1.657 million. Net of the remaining costs to complete, the Receiver still expects a cash profit of approximately $600,000.

11. On October 28, 2019 Monolith signed a collective bargaining agreement with the IBEW Local 236. As a result, 10 employees became members of Local 236. No employee vote to join the IBEW was conducted, but prior management made union membership a requirement for continued employment at Monolith. In early February, all 10 employees presented letters to the Receiver stating their desire to resign from the IBEW. We are currently reviewing these issues.

12. After completion of the Troy Landfill, the Receiver intends to commence work on the next project in the Tranche 1 transaction with NextEra, the City of Albany Landfill. This is a 0.6 MW solar project and will generate significant cash profit for Monolith's creditors. In order to start Albany Landfill, three documents are required from the City of Albany.

a.  Extending the PPA, that previous management allowed to expire, through December 31, 2020.

b.  Amendment of the PPA to specifically provide for the Albany landfill sale to NextEra.

c.  Securing a land lease agreement between Albany and NextEra for the project site.

The Receiver is in the process of securing these documents and has retained the consulting firm of Brown & Weinraub to assist with these efforts.

13.   We are now working on assembling Tranche 3 of the pre-Receivership sale of owned projects to SunLight General.   An important precondition for SunLight General continues to be getting estoppels, essentially agreements from Monolith's existing customers as to terms and conditions of their power purchase agreement and consent to the SunLight General sale.  Early in January it become clear that obtaining the estoppels had become a bottle neck.  The customer outreach was reorganized, and we have continued to get quicker results in February. Nevertheless, it remains a time-consuming process to reach customers and convince them to sign the estoppels.

14.   Surplus, non-core assets are being identified and will be offered for sale, subject to Court approval.  These assets include.

    a.    Vacant land

    b.    Old obsolete solar panels

    c.    Buildings

    d.    Vehicles

15.   A Stay Bonus has been developed for all key employees.  In accordance with the Receivership Order, the Receiver has obtained Key Bank's support for the plan and Court approval will be sought in March.

## B. Condition of the Receivership Property

16.   As described in the Receiver's first report, previous management had allowed the operation and maintenance of its owned and sale lease back solar projects to deteriorate which reduced power generation and cash flow from these assets.

17.   Previous management also permitted the billing and collection of invoices from customers to fall into disarray, as reported in the Receivers First Interim Report.

18.   Further investigation during January found this problem to be worse than initially suspected. Four customers owe more than $400,000.  The largest of these is South Colonie School District.  They are disputing the Monolith billing based on an interpretation of the PPA which we

disagree with. We have had several meetings to reach a compromise and negotiations are continuing.

19. We have concluded Monolith does not have the resources to solve these problems, especially in time for the high output summer season. Over 50% of the electricity generated occurs from April to August. As a result, the Receiver has decided to outsource these necessary corrective measures. We have finalized the engagement of Bay4 Energy Services, LLC to provide both operation and maintenance services and contract administration. Initially their focus will be the sale lease back loan portfolios of solar projects. Bay4's cost will be paid by the Lessors and recouped by them through the expected increase in cash flow resulting from Bay4's efforts.

20. Until we have a clear understanding of the true cash flow from all solar projects, including owned and leased, it is not possible to determine the value of these assets.

### C. Receiver's Receipts and Disbursements February 1 through February 28, 2020

21. Receipts and Disbursements are detailed on **Exhibit A**. The Second Order Modifying Receivership Order, paragraph 15, requires the Receiver to segregate PPA revenue receipts from M&T projects and remit those funds to M&T account ending in 9710. In February, we received and remitted $5,087.46. For CapComm we received and remitted $3,910.67.

### APPLICATION FOR APPROVAL OF PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES:

22. Pursuant to the Receivership Order, the Receiver is to be compensated at the rate of $250 per hour. The Receiver has retained the law firm of Nolan Heller Kauffman LLP ("NHK") as Receiver's counsel, at the following discounted hourly rates: $280.00 for senior partners, $265.00 for partners, $200.00 for associate attorneys, and $70 for paralegals.

23. Pursuant to the Receivership Order (¶ 15), the Receiver's compensation and expense reimbursement shall be deemed approved on an interim basis, provided no objections are filed within 10 days of the Receiver's filing of an interim report.

24.   In this application, the Receiver is requesting approval of his compensation in the amount of $63,675 and expense reimbursement in the amount of $6,281.00 during the period February 1, 2020 through February 28, 2020.     The requested compensation and expense reimbursement of the Receiver includes services rendered and expenses incurred by Patrick Scouler.  Patrick Scouler is an associate in Scouler Kirchhein, the Receiver's turnaround and crises management firm, and has significant relevant experience.

25.   An itemized statement of the services rendered and expenses incurred by the Receiver is annexed hereto as **Exhibit "B"**.  The services rendered by the Receiver during this reporting period are summarized above.

26.   NHK is requesting approval of its compensation in the amount of $20,993.00 and expense reimbursement in the amount of $20.79 during the same period.   The compensation and expense reimbursement requested by counsel are described in the accompanying application by Nolan Heller Kauffman LLP.

27.   Pursuant to Local Rule 54.4, this will confirm that no agreement has been made, directly or indirectly, and that no understanding exists for a division of fees between NHK (or any other attorney) and the Receiver.

WHEREFORE, it is respectfully requested that the Court grant the compensation and expense reimbursement of the Receiver and NHK, as requested herein.

Respectfully Submitted.

Dated  Albany, New York
       March 13, 2020

By:  _Daniel Scouler_
     DANIEL SCOULER, RECEIVER

# EXHIBIT "A"

**Opening Balan** $9,194.30

| Date | Cash Receipts | Description | ck# | Ref |
|---|---|---|---|---|
| 2/3/2020 | $151.92 | DIRECT DEPOSIT,   Square Inc   200203P2 | Residential O & M payment | |
| 2/3/2020 | $7,422.92 | DIRECT DEPOSIT,   SAE SUN AND EARTCONS COLL | Resi ACH - Monthly (1st) | |
| 2/5/2020 | $1,917.97 | - ODS | PPA receivables - Deposit | |
| 2/5/2020 | $150.00 | DIRECT DEPOSIT,   SAE SUN AND EARTCONS COLL | Additional  Resi ACH - Monthly (1st) | |
| 2/6/2020 | $80,000.00 | KEY TRANSFER FROM RESTRICTED ACCOUNT | | |
| 2/10/2020 | $10,596.90 | - ODS | Deposit | PPA payments, PPA contract sale payment - High Bridge Twist |
| 2/11/2020 | $4,591.00 | Transfer from 1209 | Partial Nelliston | |
| 2/11/2020 | $2,120.58 | - ODS | Deposit | PPA payments, O & M fee payments |
| 2/13/2020 | $38,000.00 | KEY BANK TRANSFER FROM RESTRICTED ACCOUNT | Transfer from restricted account | |
| 2/14/2020 | $1,990.28 | Deposit | Health Insurance COBRA | Refund |
| 2/14/2020 | $4,022.23 | Deposit | PPA | |
| 2/19/2020 | $17,361.82 | Deposit | Chint Power | Refund |
| 2/19/2020 | $6,349.70 | Deposit | PPA | |
| 2/20/2020 | $128.67 | Deposit | PPA | |
| 2/20/2020 | $9,401.86 | ACH Deposit | 15th Monthly Resi - ACH | |
| 2/21/2020 | $3,497.98 | DEPOSIT | PPA RECEIVABLES | |
| 2/24/2020 | $84,000.00 | KEY BANK TRANSFER FROM RESTRICTED ACCOUNT | Transfer from restricted account | |
| 2/26/2020 | $4,613.91 | DEPOSIT | PPA RECEIVABLES | |
| 2/28/2020 | $279.44 | DEPOSIT | | |
| 2/28/2020 | $390,000.00 | RECEIVER FUNDS | | |

**Total** $666,597.18

| Date | Disbursements | Description | ck# | Ref |
|---|---|---|---|---|
| 2/3/2020 | ($1,500.00) | TRANSFER FROM CHECKING TO CHECKING- ODS | Transfer from 1821 to 1209 to CC | Credit Card reload |
| 2/3/2020 | ($216.70) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | Payroll Processing Fee | SAE |
| 2/3/2020 | ($349.00) | Paycheck direct WD | | |
| 2/4/2020 | ($500.00) | CHECK #1007 | New Resi – Return deposit | not doing project |
| 2/5/2020 | ($5,854.33) | Wire | Wire to Paychex | Monolith Payroll |
| 2/5/2020 | ($245.29) | DIRECT WITHDRAWAL, SAE SUN AND EARTRETURN | Uncollected Resi ACH -Monthly (1st) | Russo |
| 2/6/2020 | ($6.44) | DIRECT WITHDRAWAL, PAYX-PIA-WC   WC-PREMIUM | WC Premium | Monolith Payroll |
| 2/6/2020 | ($3,146.63) | CHECK #1018 | GMES | Troy LF - Materials |
| 2/6/2020 | ($25,446.96) | CHECK #1017 | Bonded Concrete | Troy LF - Materials |
| 2/7/2020 | ($54.44) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | Payroll Processing Fee | Monolith Payroll |
| 2/7/2020 | ($216.00) | DIRECT WITHDRAWAL, PAYCHEX CGS   GARNISH | Paychex - Employee Garnishment | SAE |
| 2/7/2020 | ($247.93) | DIRECT WITHDRAWAL, Standard SecuritStndrdSecu | NYS DBL 2019 Q4 payment | Monolith |
| 2/7/2020 | ($516.07) | DIRECT WITHDRAWAL, Standard SecuritStndrdSecu | NYS DBL 2019 Q4 payment | SAE |
| 2/7/2020 | ($721.20) | DIRECT WITHDRAWAL, AFI     ALLY PAYMT | Vehicle payment | #51 - 2014FORD F350 (1 payment) |
| 2/7/2020 | ($762.43) | DIRECT WITHDRAWAL, DEALER FINANCE SIC PAYMENT | Vehicle payment | #39 - 2015 Volks Wagon (2 payments) |
| 2/7/2020 | ($1,033.09) | DIRECT WITHDRAWAL, PAYX-PIA-WC   WC-PREMIUM | Paychex - WC premium | SAE |
| 2/7/2020 | ($1,933.94) | DIRECT WITHDRAWAL, GMF Lease   WU GMFLeas | Vehicle payment | #75 - 2016GMC (2 payments) |
| 2/7/2020 | ($5,774.91) | DIRECT WITHDRAWAL, PAYCHEX TPS   TAXES | Paychex - Payroll Liab | SAE |
| 2/7/2020 | ($10,058.31) | DIRECT WITHDRAWAL, PAYCHEX INC.   PAYROLL | Paychex - Payroll | SAE |
| 2/7/2020 | ($10,181.40) | DIRECT WITHDRAWAL, CDPHP, Inc.   InsPayment | Health Insurance premium due 12/01/2019 | |
| 2/10/2020 | ($2,425.52) | CHECK #   1024 | To M&T for PPA received in house | |
| 2/10/2020 | ($1,110.91) | CHECK #   1023 | To Cap Com for PPA received in house | |
| 2/10/2020 | ($2.45) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | Payroll fee | |
| 2/10/2020 | ($52.69) | DIRECT WITHDRAWAL, NationalGrid   NatlGrid | National Grid Power | |
| 2/10/2020 | ($209.28) | DIRECT WITHDRAWAL, AFLAC     INSURANCE | Aflac | Monolith |
| 2/10/2020 | ($261.60) | DIRECT WITHDRAWAL, AFLAC     INSURANCE | Aflac | SAE |
| 2/10/2020 | ($297.48) | DIRECT WITHDRAWAL, AFLAC     INSURANCE | Aflac | Monolith - overdue |
| 2/10/2020 | ($302.80) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | Payroll processing | |
| 2/10/2020 | ($662.65) | DIRECT WITHDRAWAL, THE GUARDIAN   JAN GP INS | Guardian - Dental | |
| 2/10/2020 | ($1,101.27) | DIRECT WITHDRAWAL, ACHIVR VISB   BILL PYMNT | Verizon - Cell phone | Overdue |
| 2/11/2020 | ($5,413.00) | CHECK #   1016 | Northeast Crane Mat | Troy LF - Materials |
| 2/11/2020 | ($1,149.28) | CHECK #   1020 | NFP Insurance | PL Insurance |
| 2/11/2020 | ($4,518.53) | CHECK #   1019 | NFP Insurance | PL Insurance - deposit premium |
| 2/12/2020 | ($6,371.76) | WIRE TO PAYCHEX | Payroll | SAE |
| 2/12/2020 | ($239.32) | CHECK #   1025 | William VanNatten | Reimbursement of 401k |
| 2/12/2020 | ($2,845.14) | CHECK #   1021 | Dennis Tremont | Property Tx per contract |
| 2/12/2020 | ($4,226.97) | CHECK #   1013 | Herc Rentals | Troy LF - Materials |
| 2/13/2020 | ($7.06) | DIRECT WITHDRAWAL, PAYX-PIA-WC   WC-PREMIUM | Workers Comp weekly premium | Monolith |
| 2/13/2020 | ($199.99) | Return from Resi ACH | | |
| 2/13/2020 | ($89.40) | DIRECT WITHDRAWAL, NYSEG     NYSEG BILL | | |
| 2/14/2020 | ($54.44) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | Payroll Processing fee | |
| 2/14/2020 | ($134.55) | DIRECT WITHDRAWAL, PAYCHEX-HRS   HRS PMT | Payroll Processing fee | Monolith |
| 2/14/2020 | ($216.00) | DIRECT WITHDRAWAL, PAYCHEX CGS   GARNISH | Payroll Garnishment | SAE |
| 2/14/2020 | ($270.00) | DIRECT WITHDRAWAL, PAYCHEX-HRS   HRS PMT | Payroll Processing fee | SE |
| 2/14/2020 | ($877.28) | DIRECT WITHDRAWAL, PAYX-PIA-WC   WC-PREMIUM | Workers Comp weekly premium | SAE |
| 2/14/2020 | ($4,731.16) | DIRECT WITHDRAWAL, PAYCHEX TPS   TAXES | Payroll Liability | SAE |
| 2/14/2020 | ($8,833.64) | DIRECT WITHDRAWAL, PAYCHEX INC.   PAYROLL | Payroll | SAE |
| 2/18/2020 | ($203.95) | DIRECT WITHDRAWAL, PAYCHEX EIB   INVOICE | | |
| 2/18/2020 | ($359.99) | DIRECT WITHDRAWAL, TWC CHARLOTTE   MTHLY SVC | Monolith National Grid | |
| 2/18/2020 | ($712.80) | CHECK #   1015 | Versatile Office Trailers | |
| 2/18/2020 | ($962.50) | CHECK #   1022 | Clevenstine engineering | |
| 2/18/2020 | ($1,500.00) | Transfer from 1821 to  1209 to CC | Credit Card reload | |
| 2/20/2020 | ($739.08) | CHECK #   1027 | To KEF for PPA received in house | |
| 2/20/2020 | ($2,661.94) | CHECK #   1030 | to M&T for PPA received in house | |

| 2/20/2020 | ($5,780.74) Wire to Paychex | | Monolith Payroll | |
| 2/20/2020 | ($6.50) DIRECT WITHDRAWAL PAYX-PIA-WC    WC-PREMIUM | | WC premium | |
| 2/20/2020 | ($172.23) DIRECT WITHDRAWAL NationalGrid  NatlGrid | | National Grid | |
| 2/20/2020 | ($216.00) DIRECT WITHDRAWAL PAYCHEX CGS    GARNISH | | Payroll Garnishment | |
| 2/20/2020 | ($276.99) DIRECT WITHDRAWAL SAE SUN AND EARTRETURN | | ACH returns | |
| 2/20/2020 | ($860.02) DIRECT WITHDRAWAL PAYX-PIA-WC    WC-PREMIUM | | WC premium | |
| 2/20/2020 | ($8,494.90) DIRECT WITHDRAWAL PAYCHEX INC.   PAYROLL | | Payroll | |
| 2/20/2020 | ($18,027.08) Cincinnati Insurance | | GL & Umbrella premium | |
| 2/20/2020 | ($39.42) CHECK #    1026 | | National Business Machines | |
| 2/20/2020 | ($444.00) CHECK #    1029 | | NFP Insurance | |
| 2/20/2020 | ($3,965.76) CHECK #    1031 | | Bonded Concrete | |
| 2/21/2020 | ($1,673.91) OptConnect auto withdrawal | | system Monitoring | |
| 2/21/2020 | ($4,505.83) PAYCHEX | | Payroll Liability | |
| 2/21/2020 | ($283.70) SAE Return ACH | | Resi returned | |
| 2/21/2020 | ($1,182.13) CHECK #    1032 | | to Cap Com for PPA received in house | |
| 2/21/2020 | ($54.44) DIRECT WITHDRAWAL, PAYCHEX EIB    INVOICE | | PAYROLL EXPENSE | |
| 2/21/2020 | ($203.95) DIRECT WITHDRAWAL, PAYCHEX EIB    INVOICE | | PAYROLL EXPENSE | |
| 2/24/2020 | ($1,500.00) TRANSFER FROM CHECKING TO CHECKING- ODS | | CC RELOAD | |
| 2/25/2020 | ($307.80) DIRECT WITHDRAWAL, Daigle Cleaning Bill.com | | OFFICE EXPENSE | CLEANING |
| 2/25/2020 | ($1,617.63) CHECK #    1033 | | to Cap Com for PPA received in house | |
| 2/25/2020 | ($1,012.32) CHECK #    1034 | | To KEF for PPA received in house | |
| 2/25/2020 | ($750.00) DIRECT WITHDRAWAL, National Grid  Payment | | PROJECT EXPENSE | UTILITY APPLICATION FEE - GITMAN |
| 2/26/2020 | ($25.00) DIRECT WITHDRAWAL, EZPNYPMENT    EZPNYPMENT | | VEHICLE EXPENSE | EZ PASS RELOAD |
| 2/26/2020 | ($4,000.00) DIRECT WITHDRAWAL, INTELLIGENT TECHSALE | | OFFICE EXPENSE | IT SERVICES |
| 2/26/2020 | ($21,328.57) DIRECT WITHDRAWAL, CINFIN     INSURANCE | | AUTO & PACKAGE INSURANCES | |
| 2/27/2020 | ($5,771.88) WIRE - PAYCHEX | | PAYROLL EXPENSE | MONOLITH |
| 2/27/2020 | ($6.51) DIRECT WITHDRAWAL, PAYX-PIA-WC    WC-PREMIUM | | WC INSURANCE | MONOLITH-PREMIUM PAYMENT |
| 2/27/2020 | ($3,026.99) CHECK #    1035 | | | |
| 2/28/2020 | ($54.59) DIRECT WITHDRAWAL, PAYCHEX EIB    INVOICE | | PAYROLL EXPENSE | |
| 2/28/2020 | ($216.00) DIRECT WITHDRAWAL, PAYCHEX - GARNISHMENT | | PAYROLL EXPENSE | |
| 2/28/2020 | ($951.58) DIRECT WITHDRAWAL, PAYCHEX-PIA-WC  WC-PREMIUM | | WC INSURANCE | SAE-PREMIUM PAYMENT |
| 2/28/2020 | ($4,246.25) DIRECT WITHDRAWAL, PAYCHEX TPS    TAXES | | PAYROLL LIABILITY | PAYROLL LIABILITY |
| 2/28/2020 | ($8,184.05) DIRECT WITHDRAWAL, PAYCHEX | | PAYROLL EXPENSE | SAE- PAYROLL |
| 2/28/2020 | ($575.53) CHECK #    1036 | | Curtis Lumber | |
| 2/28/2020 | ($125,845.00) WIRE - SCOULERKK | | | Project Expense - Nelliston |

| **Total** | **($348,116.80)** | | | |

| **Closing Balanc** | **$327,674.68** | | | |

| | 2444 Business MasterCard | | | |
| **Date** | **Amount** | **Description** | **Card ending in** | **Purchase** |
| 2/27/2020 | ($2.92) HOME DEPOT | | 6771 | Materials - Nelliston |
| 2/27/2020 | ($30.00) STEWARTS | | 2279 | Fuel - Meter readings |
| 2/27/2020 | $199.28 ACE HARDWARE | | 6771 | Materials - Nelliston |
| 2/27/2020 | ($52.06) SUNOCO | | 7651 | Fuel |
| 2/27/2020 | ($79.90) TRACTOR SUPPLY | | 7651 | Materials - Nelliston |
| 2/27/2020 | ($50.00) HOME DEPOT | | 6771 | Materials - Nelliston |
| 2/26/2020 | ($17.56) MENANDS HARDWARE INC MENANDS NY | | 6771 | Materials - Nelliston |
| 2/25/2020 | ($42.14) ROBERT FINKE AND SONS SELKIRK NY | | 6771 | Equipment repair |
| 2/26/2020 | ($82.07) SUNOCO 0187140900 QPS TROY NY | | 4280 | Fuel |
| 2/26/2020 | ($11.99) DROPBOX*B2HTZ4212HG3 DROPBOX.COM CA | | 2279 | Office expense |
| 2/25/2020 | ($72.01) EXXONMOBIL 97362818 MENANDS NY | | 6771 | Fuel |
| 2/26/2020 | ($44.63) ORANGE & ROCKLAND UTIL 877-434-4100 NY | | 2279 | Solar Farm power |
| 2/24/2020 | ($60.01) CUMBERLAND FARMS | | 6771 | Fuel |
| 2/24/2020 | $1,500.00 PAYMENT RECEIVED – THANK YOU | | 2444 | CC payment |
| 2/24/2020 | ($14.00) CUMBERLAND FARMS | | 6771 | Fuel |
| 2/24/2020 | ($16.19) ADOBE ACROPRO SUBS 8008336687 CA | | 2279 | Office expense |
| 2/24/2020 | ($91.70) PLAZA 23 | | 1929 | Fuel |
| 2/24/2020 | ($72.00) SUNOCO | | 7651 | Fuel |
| 2/24/2020 | $0.75 RBT STEWARTS SHOP 294 EasySavings NY | | 4280 | |
| 2/24/2020 | ($81.08) EXXONMOBIL 97350698 EAST GREENBUSNY | | 7651 | Fuel |
| 2/23/2020 | ($16.19) ADOBE ACROPRO SUBS 8008336687 CA | | 2279 | Office expense |
| 2/22/2020 | ($1.79) ADT SECURITY*400031477 WWW.ADT.COM FL | | 2279 | Office security - fee |
| 2/22/2020 | $0.70 RBT SUNOCO 0720892900 EasySavings NY | | 7651 | Fuel |
| 2/22/2020 | ($65.44) SPEEDWAY | | 1929 | Fuel |
| 2/22/2020 | ($75.01) STEWARTS | | | |
| 2/19/2020 | ($83.03) SENIOR'S CITGO RENSSELAER NY | | 6771 | Fuel |
| 2/19/2020 | ($12.83) WM SUPERCENTER #1940 RENSSELAER NY | | 2279 | Office Products - Paper towels |
| 2/19/2020 | ($35.89) NEXTIVA*VOIP SERVICE 800-9834289 AZ | | 2279 | Phone service |
| 2/19/2020 | ($151.25) NEW YORK STATE DMV 518-4740904 NY | | 2279 | Vehicle Registration - 2012 Dodge |
| 2/18/2020 | ($798.00) CO-CONSTRUCT LLC 800-2133392 VA | | 2279 | Final 2 months - Conconstruct |
| 2/18/2020 | ($74.13) SUNOCO 0042337601 QPS SLOATSBURG NY | | 1929 | Fuel |
| 2/19/2020 | ($69.98) SUNOCO 0720892900 QPS PALATINE BRIDNY | | 7651 | Fuel |
| 2/18/2020 | $1,500.00 PAYMENT RECEIVED – THANK YOU | | 2444 | CC payment received |
| 2/15/2020 | $1.00 RBT STEWARTS SHOP 184 EasySavings NY | | 6771 | Fuel |
| 2/14/2020 | ($59.00) SUNOCO 0267294700 QPS RICHMONDVILLENY | | 6771 | Fuel |
| 2/17/2020 | ($132.00) NEW YORK STATE DMV 518-4740904 NY | | 2279 | Trailer Registration - 2014 Heavy hauler |
| 2/15/2020 | ($80.20) SUNOCO 0585738800 QPS DELMAR NY | | 1929 | Fuel |
| 2/15/2020 | $0.81 RBT STEWARTS SHOP 239 EasySavings NY | | 1929 | |
| 2/17/2020 | ($95.12) EXXONMOBIL 97362818 MENANDS NY | | 7651 | Fuel |
| 2/12/2020 | ($43.17) THE HOME DEPOT #1263 RENSSELAER NY | | 6771 | Materials - Troy LF |
| 2/12/2020 | ($90.05) SUNOCO 0385593900 QPS ALBANY NY | | 4280 | Fuel |

| Date | Amount | Description | Code | Category |
|---|---|---|---|---|
| 2/13/2020 | ($192.24) | BIG TOP PORTABLE TOILE CAIRO NY | 1929 | Portable Toilets - Troy LF |
| 2/12/2020 | ($100.00) | STEWARTS SHOP 184 TROY NY | 6771 | Fuel |
| 2/12/2020 | ($20.28) | AMAZON.COM*R752I3YJ3 A AMZN.COM/BILLWA | 2279 | Scandisk - USB 128GB |
| 2/12/2020 | ($16.19) | ADOBE ACROPRO SUBS 8008336687 CA | 2279 | Office Software |
| 2/11/2020 | ($62.85) | LGBS NYSTA SAN ANTONIO TX | 2279 | EZ pass violations payment |
| 2/11/2020 | ($5.11) | WM SUPERCENTER #1940 RENSSELAER NY | 2279 | Garbage bags |
| 2/12/2020 | ($662.66) | VZWRLSS*IVR VB 800-922-0204 FL | 2279 | Additional Verizon payment to reinstate service |
| 2/11/2020 | ($0.66) | WF4 NYSTAX *SERVICE F 5184575181 CA | 2279 | NYS Corp LLC reg |
| 2/11/2020 | ($0.66) | WF4 NYSTAX *SERVICE F 5184575181 CA | 2279 | NYS Corp LLC reg |
| 2/11/2020 | ($29.36) | NYS DTF BILL PAYMENT 5184575181 NY | 2279 | NYS Corp LLC reg |
| 2/11/2020 | ($29.36) | NYS DTF BILL PAYMENT 5184575181 NY | 2279 | NYS Corp LLC reg |
| 2/11/2020 | ($52.69) | NATIONAL GRID 800-642-4272 NY | 2279 | Power bill for Solar Farm |
| 2/11/2020 | ($81.10) | STEWARTS SHOP 239 HUDSON NY | 1929 | Fuel |
| 2/11/2020 | $0.27 | RBT STEWARTS SHOP 186 EasySavings NY | 6771 | |
| 2/10/2020 | ($48.24) | SUNOCO 0360704100 QPS RENSSELAER NY | 1929 | Fuel |
| 2/10/2020 | ($336.19) | INTEREST CHARGE-PURCHASE | 2444 | Key Bank interest charge |
| 2/5/2020 | ($28.80) | USPS PO 3570000144 RENSSELAER NY | 2279 | Stamps, mailings |
| 2/5/2020 | ($62.55) | LGBS NYSTA SAN ANTONIO TX | 2279 | EZPass Toll Violation |
| 2/5/2020 | ($9.00) | NYS DOS CORP EBIENNIAL 518-4768262 NY | 2279 | Biennial Statement - NYS Division of corp |
| 2/4/2020 | ($71.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel |
| 2/4/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel |
| 2/3/2020 | ($26.84) | THE HOME DEPOT #1263 RENSSELAER NY | 6771 | Troy LF - Materials |
| 2/4/2020 | ($26.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel |
| 2/4/2020 | $0.25 | RBT STEWARTS SHOP 184 EasySavings NY | 7651 | |
| 2/3/2020 | $1,500.00 | PAYMENT RECEIVED — THANK YOU | 2444 | CC Reload from 1209 |
| 2/3/2020 | ($26.49) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel |
| 2/3/2020 | ($100.00) | CUMBERLAND FARMS 1585 TROY NY | 6771 | Fuel |
| 2/3/2020 | ($73.30) | USPS PO 3570000144 RENSSELAER NY | 2279 | Stamps, mailings |
| 2/3/2020 | ($9.00) | NYS DOS CORP EBIENNIAL 518-4768262 NY | 2279 | Biennial Statement - NYS Division of corp |
| 2/3/2020 | ($16.19) | ADOBE ACROPRO SUBS 8008336687 CA | 2279 | Office Software |
| **Total** | **($187.04)** | | | |

**EXHIBIT "B"**

| | |
|---|---|
| **DAN SCOULER** | **24,800** |
| **PATRICK SCOULER** | **38,875** |
| **TOTAL FEBRUARY FEES** | **63,675** |

**DAN SCOULER**

| 3-Feb | 0.1 | Check Receiver bank transactions |
|---|---|---|
| | 1.2 | Travel Rutherford to Albany at 1/2 time |
| | 0.1 | Email response on erroneous 1099 |
| | 1.7 | Reconciliation of Crestmark account |
| | 0.3 | Daily conf with LJ re cash and receivership issues |
| | 0.1 | Sale of 2014 Mercedes to MF |
| | 1.3 | Receiver's report draft including monthly receipts and disbursements |
| | 0.6 | Conf with JH re all open receivership matters |
| | 0.1 | Conf with Josh L re Facebook changes made by S Erby |
| | 0.3 | Daily conf with BC re PPAs and related matters |
| | **5.8** | |

| 4-Feb | 0.1 | Email to Frank McC re South Colonie receivable |
|---|---|---|
| | 0.1 | Check Receiver bank transactions |
| | 0.7 | Receiver's report schedules |
| | 0.1 | Email response to Fredonia Town Court judgment creditor |
| | 0.3 | Update on Nelliston payment email to Zach |
| | 0.3 | Daily conf with LJ re cash and receivership issues |
| | 0.6 | Daily conf with BC re PPAs and related matters |
| | 1.2 | Conf call with CT and JH re CapCom objections |
| | 0.2 | Execute documents relating to the Nelliston |
| | 0.2 | Conf call with NextEra |
| | 0.7 | Emails and phone calls re Nelliston payments |
| | 0.4 | Analysis of PPA time lines and milestone payments |
| | **4.9** | |

| 5-Feb | 0.1 | Check Receiver bank transactions |
|---|---|---|
| | 0.2 | Organizing work plan |
| | 0.3 | Conf with customer re issues with installation |
| | 0.4 | Email re critical payments |
| | 0.4 | Conf with Frank M re South Colonie disputed AR |
| | 0.4 | Daily conf call re cash needs with LJ |
| | 0.3 | Call with Josh L re Buffalo battleground PTO |
| | 1.2 | Prep for and attendance on conf call with KEF and Bay4 re O&M CA engagement |
| | 0.9 | Prep for and attendance on conf call with Key and GMES re billing issues |
| | 0.5 | Daily review and update of PPA projects |
| | 0.6 | Conf call with Sunlight re Tranche 3 |
| | 0.8 | Read and respond to emails from customers and creditors |
| | 0.2 | Review and respond to Magellan rent issues |
| | 0.2 | Conf with JH re Pioneer rental and occupancy |
| | **6.5** | |

| 6-Feb | 0.1 | Check Receiver bank transactions |
|---|---|---|
| | 0.3 | Daily conf call re cash needs with LJ |
| | 0.7 | Workplan for week Feb 10 |
| | 0.6 | Meeting with CH to set action plan for various issues such as roof leaks fire code and perf stats |
| | 0.1 | Call with JH re Receiver's report |
| | 0.6 | Conf call with Hancock re Bay4 arrangement |
| | 0.8 | Conf call with M&T re Bay4 arrangement |
| | 1.2 | Meetng with IBEW re employees desire to leave the union |
| | 1.2 | Travel Rutherford to Albany at 1/2 time |
| | **5.6** | |

| 10-Feb | 1.2 | Travel Rutherford to Albany at 1/2 time |
|---|---|---|
| | 0.2 | Review financing order supplement |
| | 0.6 | Follow up on Nelliston payment |
| | 0.5 | Review and respond to MM re Bay4 issues |
| | 0.6 | Update conf call with JH re various receivership issues |
| | 0.4 | Daily call with LJ re cash flow and other matters |
| | 0.7 | Revisions to E/W engagement letter |

|  | 0.1 | Review and approve Erby letter |
|--|-----|--------------------------------|
|  | 0.1 | Call with unsecured creditor |
|  | 0.8 | Daily review and update of PPA projects |
|  | 5.2 | |

| 11-Feb | 0.1 | Check bank account |
|--------|-----|--------------------|
|  | 0.7 | Call with JL re holdback calculation |
|  | 0.8 | Review and email to LJ re production on projects with Key loans |
|  | 1.3 | Review of GMES holdback spreadsheet |
|  | 3.7 | Cash flow revisions |
|  | 0.5 | Daily call with LJ re cash needs and other receivership issues |
|  | 1.2 | Travel Rutherford to Albany at 1/2 time |
|  | 0.2 | Review and sign BW engagement letter |
|  | 0.7 | Weekly work plan review |
|  | 9.2 | |

| 12-Feb | 0.2 | Conf with PS re cash flow forecast |
|--------|-----|------------------------------------|
|  | 0.1 | Reply to email re Lotus action |
|  | 0.3 | |

| 13-Feb | 0.3 | Read and respond to email from JH re no extension to motion to borrow |
|--------|-----|-----------------------------------------------------------------------|
|  | 0.2 | Email re boat removed police report |
|  | 0.5 | |

| 14-Feb | 0.1 | Follow up on NextEra payment |
|--------|-----|------------------------------|
|  | 0.1 | Weekly activity report |
|  | 0.1 | Email re A2000 Self Storage |
|  | 0.2 | Emails re Motion to Borrow |
|  | 0.5 | |

| 18-Feb | 1.2 | Travel  Rutherford to Albany at 1/2 time |
|--------|-----|------------------------------------------|
|  | 0.2 | Email to KB re storage of equipment |
|  | 0.6 | Prep for meeting with Frank McC |
|  | 1.1 | Meeting with Frank McC re South Colonie disputed account |
|  | 0.3 | Conf call with Nextera re weekly update |
|  | 0.3 | Email to Debra at Pac Merc re update on Bay4 and outstanding payment. |
|  | 0.1 | Email follow up with EmPower |
|  | 2.1 | Finalize Bay4 agreement |
|  | 0.2 | Read and respond to email re M&T lock boxes |
|  | 0.3 | Conf with MM from Bay4 re amendments to engagement letter |
|  | 0.7 | Read and respond to email re Stillwater CSD |
|  | 7.1 | |

| 19-Feb | 0.1 | Check bank account |
|--------|-----|--------------------|
|  | 1.6 | Prep for and attendance on Pac Merc update call |
|  | 0.2 | Set priorities for today |
|  | 0.6 | Prep for Community Solar town hall |
|  | 0.2 | Respond to KPMG re Silfab AR |
|  | 0.8 | Bay4 finalization with Key |
|  | 0.4 | Prep for call with Goldman Sacks |
|  | 0.3 | Conf with NYSP Kevin Reppenhagen re boat police report |
|  | 0.8 | Conf call with MC from GS re potential interest in purchasing assets |
|  | 0.7 | Lease outstanding amounts analysis |
|  | 0.9 | Prep for and attendance on call with Key solar group |
|  | 1.1 | Drafting declaration on the need for emergency funding |
|  | 7.7 | |

| 20-Feb | 0.1 | Check receiver's bank account |
|--------|-----|-------------------------------|
|  | 0.9 | Finalize funding declaration |
|  | 0.8 | Email chain to KB re Anchor Marine |
|  | 0.2 | Call with JH re funding declaration |
|  | 0.4 | Execute GS confi |
|  | 0.3 | Review of workplan for Jan billing audit |
|  | 0.8 | Pac Merc email re City of Troy |
|  | 0.6 | Daily PPA meeting with BC |
|  | 2.3 | Review cash flow revisions |
|  | 0.5 | Respond to GB at KEF re questions on Bay4 engagements |
|  | 0.4 | Daily conf with LJ re cash needs |

|        | 7.3 |                                                                              |
|--------|-----|------------------------------------------------------------------------------|

| 21-Feb | 0.1 | Check receiver's bank account                                                |
|        | 0.5 | Meeting with Chris and Jen re various outstanding tasks and plan for the day |
|        | 1.1 | Prep for and attendance on issue update call with Justin Heller              |
|        | 0.8 | Weekly conf call with KEF                                                    |
|        | 0.4 | Weekly update call with Hancock                                              |
|        | 0.7 | Planning call with Bay4                                                      |
|        | 2.4 | Finalize cash flow forecast                                                  |
|        | 1.2 | Travel  Rutherford to Albany at 1/2 time                                     |
|        | 7.2 |                                                                              |

| 24-Feb | 0.1 | Check receiver's bank account                                                |
|        | 0.7 | Conf and email response to state trooper re boat removal                     |
|        | 0.7 | Prep for and attendance on call with Bay4 re visit prep                      |
|        | 2.6 | Receiver's third interim report                                              |
|        | 0.2 | Email re Receiver KEF agreement                                              |
|        | 0.7 | Conf re NG pulling Albany landfill                                           |
|        | 0.7 | Review of billing analysis follow up work plan                               |
|        | 5.7 |                                                                              |

| 25-Feb | 0.8 | Finalize Pac Merc Receiver Bay4 agreement                                    |
|        | 0.6 | Meeting with BC re billing on SLG tranches                                   |
|        | 1.1 | Review of billing analysis, conf with AT re meter reading                    |
|        | 0.7 | Meeting with CH re Troy Landfill project modifications and reimbursement from NextEra |
|        | 0.5 | Conf call with Key offtake re update                                         |
|        | 2.2 | Review and finalize Receiver agreements with SLB lessors                     |
|        | 0.7 | Daily meeting on PPA development                                             |
|        | 0.6 | Review of roof lease arrears                                                 |
|        | 7.2 |                                                                              |

| 26-Feb | 0.7 | Assemble and review data relating to sale of DOT                             |
|        | 0.3 | Email to Bay4 re info request list                                          |
|        | 0.5 | Prep for Crestmark visit                                                     |
|        | 1.2 | Prep for an attendance on call re union demand letter                        |
|        | 0.4 | South Colonie settlement offer                                               |
|        | 1.1 | Review of liquidity issues arising from delay in getting approval of Motion to Borrow |
|        | 0.5 | Daily call with LJ and TG                                                    |
|        | 0.7 | Review of National Grid payment re Troy to determine remaining due and payment to NextEra |
|        | 0.6 | Review of roof lease analysis of outstanding arrears and 2020 payments       |
|        | 0.1 | Email re balance in thre restricted account                                  |
|        | 0.4 | Review of EmPower bid for loan and SLB portfolio                             |
|        | 6.5 |                                                                              |

| 27-Feb | 0.1 | Check bank account                                                           |
|        | 0.7 | Update and action plan call with JH on various receivership matter           |
|        | 0.3 | Bay4 revised proposal review and sign                                        |
|        | 0.5 | Meeting with Chris H re call agenda with NextEra on Troy                      |
|        | 0.4 | Review of NG collection calculation for Troy                                  |
|        | 0.3 | Conf with Michael Cutsman re lease payment arrears                           |
|        | 0.7 | Prep for and attendance on call with Ryan Lloyd NextEra                      |
|        | 0.6 | Review Financing Order and execute certificates                              |
|        | 0.3 | Execute Receiver KEF agreement                                               |
|        | 0.2 | Email re Stillwater offer to purchase                                        |
|        | 0.4 | Conf with Chris S re DOT value and sales process                             |
|        | 2.5 | Draft Receiver's third interim report                                        |
|        | 7.0 |                                                                              |

| 28-Feb | 0.9 | Sign 11 Receiver Certificates for filing in various counties                 |
|        | 0.7 | Call with EmPower re their valuation                                         |
|        | 0.3 | Wire re payment of SK fees                                                   |
|        | 0.8 | Prep for and attendance on call with Evan Bates to review valuation          |
|        | 2.3 | Draft Receiver's third interim report                                        |
|        | 5.0 |                                                                              |

| TOTAL HOURS | 99.20 |
|-------------|-------|

| HOURLY RATE | $250 |
|-------------|------|

**FEES**        24,800

### PATRICK SCOULER

| 3-Feb | 1.2 | Fee app preparation |
|---|---|---|
| | 2.6 | Monthly report - weekly activity |
| | 0.6 | Review of Monthly Receiver's Report |
| | 0.9 | Review of Monthly report - January disbursements and receipts |
| | 5.3 | |

| 4-Feb | 0.4 | Review of Monthly report - January disbursements and receipts |
|---|---|---|
| | 1.3 | Review of updated "horserace" tracking report |
| | 0.6 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
| | 2.3 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 0.5 | Call w D. Scouler to discuss various case matters |
| | 1.2 | Cash flow - Budget to Actual |
| | 0.9 | Case administration |
| | 7.2 | |

| 5-Feb | 3.5 | Sun Light General Estoppel Project - Efforts to obtain consent |
|---|---|---|
| | | Conf call with Glen at KEF, Leslie at Key, Mark Miller from Bay4, John and Justin from NHK and D. Scouler to review |
| | 0.8 | O&M and Asset Management contract / agreement between Bay4 and relevant parties / customers |
| | 0.3 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
| | 2.3 | Cash flow - Budget to Actual |
| | 0.4 | Conf call with Sun Light General, B. Cuddihy and D. Scouler |
| | 0.7 | Updated Estoppel Call list |
| | 8.0 | |

| 6-Feb | 0.4 | Call w D. Scouler to discuss various case matters |
|---|---|---|
| | 1.9 | Updated Estoppel Call list |
| | 0.4 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |
| | 3.7 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 0.6 | Updated Estoppel Call list |
| | 7.0 | |

| 7-Feb | 2.6 | Cash flow - Budget to Actual |
|---|---|---|
| | 0.2 | Call with J. Hoeffner to review weekly activity |
| | 3.4 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 6.2 | |

| 10-Feb | 1.5 | 1/2 travel time |
|---|---|---|
| | 0.4 | Call w D. Scouler to discuss various case matters |
| | 2.6 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 1.6 | Case administration |
| | 1.0 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 7.1 | |

| 11-Feb | 0.8 | Review of GMES hold back analysis |
|---|---|---|
| | 0.7 | Conf call with Josh at GMES and D. Scouler to review GMES hold back analysis |
| | 1.1 | Holdback analysis call summary |
| | 1.2 | Email to L. Jones at Key to explain the hold back analysis breakdown. |
| | 1.6 | Meeting w C. Hunt, B. Cuddihy and D. Scouler to review cash flow for Albany Landfill |
| | 1.0 | Sun Light General Estoppel Project - Efforts to obtain consent |
| | 2.1 | Cash flow review |
| | 0.6 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget |
| | 0.7 | Review of weekly work plan w D. Scouler |
| | 9.8 | |

| 12-Feb | 2.1 | Budget to actual |
|---|---|---|

|        |      |                                                                                          |
|--------|------|------------------------------------------------------------------------------------------|
|        | 0.2  | Conf call with Sun Light General and B. Cuddihy                                          |
|        | 0.8  | Meeting with B. Cuddihy to review Sun Light General Estoppel project                     |
|        | 1.9  | NextEra Tranche 1 cash flow                                                               |
|        | 3.5  | Sun Light General Estoppel Project - Efforts to obtain consent                           |
|        | 0.5  | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget  |
|        | 9.0  |                                                                                          |

| 13-Feb | 1.3  | Meeting w B. Cuddihy to walk through Rensselaer County benefit analysis tutorial |
|--------|------|----------------------------------------------------------------------------------|
|        | 3.1  | Rensselaer County benefit analysis                                               |
|        | 0.2  | Call w J. Heller at NHK to discuss the theft of Monolith property                |
|        | 2.4  | Case administration                                                              |
|        | 2.0  | Rensselaer County benefit analysis                                               |
|        | 9.0  |                                                                                  |

| 14-Feb | 0.4  | Meeting w B. Cuddihy to walk through Rensselaer County invoices from Monolith needed for the benefit analysis |
|--------|------|---------------------------------------------------------------------------------------------------------------|
|        | 0.3  | Call w D. Scouler to discuss various case matters                                                             |
|        | 3.0  | Rensselaer County benefit analysis                                                                            |
|        | 1.6  | Case administration                                                                                           |
|        | 0.2  | Call w D. Scouler to discuss various case matters                                                             |
|        | 2.5  | Rensselaer County benefit analysis                                                                            |
|        | 1.4  | 1/2 travel time                                                                                               |
|        | 9.4  |                                                                                                               |

| 17-Feb | 1.4  | 1/2 travel time                                                                  |
|--------|------|----------------------------------------------------------------------------------|
|        | 3.6  | Rensselaer County benefit analysis                                               |
|        | 0.3  | Call w D. Scouler to discuss various case matters                                |
|        | 1.4  | Budget to Actual                                                                 |
|        | 0.8  | Case administration                                                              |
|        | 1.9  | Rensselaer County benefit analysis                                               |
|        | 0.9  | Meeting w B. Cuddihy to discuss upcoming meeting with South Colonie School District |
|        | 10.3 |                                                                                  |

| 18-Feb | 0.2  | Call w D. Scouler to discuss various case matters                                          |
|--------|------|--------------------------------------------------------------------------------------------|
|        | 2.4  | Sun Light General Estoppel Project - Efforts to obtain consent                             |
|        | 0.5  | Meeting w B. Cuddihy and D. Scouler to prepare for meeting with South Colonie School District |
|        |      | Meeting w Frank McCleneghen (from Active Solar) representing South Colonie School District, B. Cuddihy and D. |
|        | 1.0  | Scouler to discuss outstanding AR settlement and PPA rate negotiation                      |
|        | 2.9  | Sun Light General Estoppel Project - Efforts to obtain consent                             |
|        | 0.4  | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline                |
|        | 2.1  | Budget to Actual                                                                           |
|        | 0.5  | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget    |
|        | 10.0 |                                                                                            |

| 19-Feb | 1.2  | Sun Light General Estoppel Project - Efforts to obtain consent                                   |
|--------|------|--------------------------------------------------------------------------------------------------|
|        | 0.7  | Meeting w B. Cuddihy to review roof lease project objectives and source material                 |
|        | 0.9  | Budget to Actual                                                                                 |
|        | 0.4  | Conf call with Sun Light General and B. Cuddihy                                                  |
|        | 0.8  | Roof lease project                                                                              |
|        | 0.5  | Conf call with Pac Merc, D. Scouler and J. Heller to discuss Bay4 engagement and other various business matters |
|        | 0.5  | Roof lease project                                                                              |
|        |      | Conf call with Andy Redinger, Leslie Jones and Tatia Gagnon from Key Bank, D. Scouler and B. Cuddihy to discuss |
|        | 0.8  | Andy's portfolio analysis                                                                        |
|        | 0.2  | Conf call w J. Heller at NHK and D. Scouler to discuss current status of motion to borrow        |
|        | 1.9  | Case Administration                                                                             |
|        | 1.1  | Sun Light General Estoppel Project - Efforts to obtain consent                                   |
|        | 0.9  | Conf call with Community Solar Owners to address any issues and answer questions regarding the receivership |
|        | 9.9  |                                                                                                  |

| 20-Feb | 0.2  | Email to G. Bleeker at Key in response to his lease payment inquiry  |
|--------|------|---------------------------------------------------------------------|
|        | 0.8  | Review of Emergency Need for Financing report                       |
|        | 2.0  | Comprehensive January billing analysis                              |
|        | 0.6  | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline |

|        |     |                                                                                                          |
|--------|-----|----------------------------------------------------------------------------------------------------------|
|        | 2.3 | Comprehensive January billing analysis                                                                   |
|        | 0.3 | Meeting w C. Hunt and D. Scouler to review remaining disbursements associated with Troy Landfill         |
|        | 0.4 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget                  |
|        | 2.1 | Comprehensive January billing analysis                                                                   |
|        | 0.8 | Cash Flow update and review                                                                              |
|        | 9.5 |                                                                                                          |

| 21-Feb | 1.6 | Cash Flow - assumptions                                                                                  |
|--------|-----|----------------------------------------------------------------------------------------------------------|
|        | 1.0 | Conf call w J. Heller from NHK and D. Scouler to discuss current state of motion to borrow                |
|        | 0.6 | Conf call with Glen Bleeker at KEF, L. Jones at Key Bank, B. Cuddihy and D. Scouler                       |
|        | 0.4 | Conf call with Harry Hardin at Hancock Whitney, D. Scouler and B. Cuddihy                                 |
|        | 3.0 | Cash Flow forecast                                                                                       |
|        | 0.3 | Meeting w C. Hunt and D. Scouler to discuss Game Changer update to Troy Landfill plans and their ramifications |
|        | 1.1 | Case administration                                                                                      |
|        | 1.4 | 1/2 travel time                                                                                          |
|        | 9.4 |                                                                                                          |

| 24-Feb | 1.5 | 1/2 travel time                                                                                          |
|--------|-----|----------------------------------------------------------------------------------------------------------|
|        | 3.0 | Comprehensive January billing analysis                                                                   |
|        | 0.2 | Conf call with Mark Miller and others from Bay4, D. Scouler, A. Tirado and C. Hunt to discuss kick off of engagement |
|        | 0.3 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline                               |
|        | 0.9 | January production analysis                                                                              |
|        | 2.5 | Comprehensive January billing analysis                                                                   |
|        | 0.6 | Call with Leslie Jones at Key Bank w D. Scouler and J. Hoeffner to review weekly budget                  |
|        | 9.0 |                                                                                                          |

| 25-Feb | 0.3 | Meeting with A. Tirado to discuss January billing                                                        |
|--------|-----|----------------------------------------------------------------------------------------------------------|
|        | 0.6 | Meeting w A. Tirado, D. Scouler and B. Cuddihy to review billing of owned sites designated for sale to Sun Light General |
|        | 1.0 | Comprehensive January billing analysis                                                                   |
|        | 3.4 | Roof lease project                                                                                       |
|        | 0.6 | Meeting w B. Cuddihy to review roof lease project and Sun Light General estoppel project                 |
|        | 0.5 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline                               |
|        | 3.1 | Roof lease project - production vs lease obligations                                                     |
|        | 9.5 |                                                                                                          |

| 26-Feb | 1.1 | Roof lease project - production vs lease obligations                                                     |
|--------|-----|----------------------------------------------------------------------------------------------------------|
|        | 2.4 | Sun Light General Estoppel Project - Efforts to obtain consent                                            |
|        | 0.4 | Conf call with Sun Light General, D. Scouler and  B. Cuddihy                                             |
|        | 0.3 | Review of Sun Light General Estoppel project w B. Cuddihy                                                 |
|        | 2.2 | Roof lease project - production vs lease obligations                                                     |
|        | 0.6 | Meeting w B. Cuddihy to review roof lease project                                                        |
|        | 1.0 | Case administration                                                                                      |
|        | 0.5 | Daily meeting with B. Cuddihy and D. Scouler to review NTP project pipeline                               |
|        | 1.4 | 1/2 travel time                                                                                          |
|        | 9.9 |                                                                                                          |

| TOTAL HOURS  | 155.5    |
|--------------|----------|
| HOURLY RATE  | 250.0    |
| **FEES**     | **38,875.0** |

|                     |          |
|---------------------|----------|
| DAN SCOULER         | 5,384.34 |
| PATRICK SCOULER     | 896.67   |
|                     | 6,281.00 |

**DAN SCOULER**

| DATE    | DESCRIPTION           | AMOUNT   |
|---------|-----------------------|----------|
| 3-Feb   | Market 32             | 57.57    |
| 5-Feb   | Market 33             | 27.77    |
| 6-Feb   | Wheatfields           | 65.38    |
| 6-Feb   | Courtyard by Marriott | 467.12   |
| 7-Feb   | Union Gables          | 152.55   |
| 9-Feb   | Mileage               | 224.08   |
| 10-Feb  | Market 32             | 53.61    |
| 11-Feb  | Courtyard by Marriott | 165.39   |
| 11-Feb  | Sunoco                | 49.68    |
| 13-Feb  | Enterprise            | 232.60   |
| 14-Feb  | Courtyard by Marriott | 688.15   |
| 18-Feb  | Market 32             | 34.32    |
| 18-Feb  | Rosted Red Pepper     | 14.96    |
| 19-Feb  | Domino's              | 14.73    |
| 19-Feb  | Starbucks             | 7.61     |
| 20-Feb  | Starbucks             | 10.47    |
| 21-Feb  | Gas                   | 9.90     |
| 21-Feb  | Courtyard by Marriott | 504.92   |
| 21-Feb  | Courtyard by Marriott | 556.19   |
| 22-Feb  | Enterprise            | 261.47   |
| 24-Feb  | Market 32             | 23.65    |
| 25-Feb  | Druthers              | 59.68    |
| 26-Feb  | Courtyard by Marriott | 374.69   |
| 26-Feb  | NYS Tolls             | 25.20    |
| 26-Feb  | Illusive Restaurant   | 33.27    |
| 27-Feb  | Courtyard by Marriott | 569.51   |
| 27-Feb  | Wheatfields           | 83.30    |
| 27-Feb  | Sunoco                | 50.60    |
| 28-Feb  | Illusive Restaurant   | 14.96    |
| 29-Feb  | Enterrprise           | 448.46   |
| 29-Feb  | Union Gables          | 102.55   |
|         |                       | 5,384.34 |

**PATRICK SCOULER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10-Feb | Tolls | 3.66 |
| 10-Feb | Meals | 24.31 |
| 10-Feb | Meals | 15.50 |
| 11-Feb | Meals | 17.07 |
| 12-Feb | Meals | 34.21 |
| 12-Feb | Meals | 13.13 |
| 13-Feb | Meals | 12.80 |
| 13-Feb | Meals | 14.68 |
| 14-Feb | Meals | 13.94 |
| 14-Feb | Tolls | 0.38 |
| 14-Feb | Mileage - Round Trip | 227.7 |
| 17-Feb | Tolls | 0.38 |
| 17-Feb | Meals | 20.31 |
| 18-Feb | Meals | 31.24 |
| 19-Feb | Meals | 14.96 |
| 20-Feb | Meals | 14.13 |
| 21-Feb | Meals | 10.66 |
| 21-Feb | Tolls | 4.91 |
| 21-Feb | Mileage - Round Trip | 199.53 |
| 24-Feb | Tolls | 3.66 |
| 24-Feb | Meals | 4.31 |
| 25-Feb | Meals | 17.14 |
| 25-Feb | Meals | 10.30 |
| 26-Feb | Tolls | 4.91 |
| 26-Feb | Mileage - Round Trip | 182.85 |
| | | 896.67 |