Index #: **1:19-CV-1562**
Filed Date: **06/17/2020**

**STATE OF:** NEW YORK
**COURT:** US DISTRICT                    **COUNTY:** NORTHERN DISTRICT

**KEYBANK NATIONAL ASSOCIATION,**

                                **Plaintiff(s)**

**CAPITAL COMMUNICATIONS FEDERAL CREDIT UNION,**

                               **INTERVENOR,**

       -against-       AFFIDAVIT OF: SERVICE

**MONOLITH SOLAR ASSOCIATES, LLC, ET AL.,**

                               **Defendant(s)**

**STATE OF:** NEW YORK
**COUNTY:** **SARATOGA**

**ORDER TO SHOW CAUSE, SCOULER DECLARATION WITH EXHIBITS, HELLER DECLARATION WITH EXHIBITS AND MEMORANDUM OF LAW**

    **DAVID E. HUTCHINSON**, being duly sworn, deposes, and says, that your Deponent is not a party to this action, is over eighteen (**18**) years of age, and resides in the county of **SARATOGA, NEW YORK**.

    That on **TUESDAY, JUNE 23 .2020**, your Deponent personally served *a true copy* of the **ORDER TO SHOW CAUSE, SCOULER DECLARATION WITH EXHIBITS, HELLER DECLARATION WITH EXHIBITS AND MEMORANDUM OF LAW** upon **GARY HICKOK** by personally leaving with **GARY HICKOK,** at his/her actual place of abode, and **RESIDENCE** at **67 ENGLISH RD., ROUND LAKE, NY 12151** at approx. **7:51 A.M.**

    A description of said person is as follows:

| | | |
|---|---|---|
| App. Wt: **165** | Skin: **W** | Hair: **DK W/ GRAY** |
| App. Ht: **5'9"** | Sex: **M** | App. Age: **70** |

**OTHER:**

*I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION CONTAINED HEREIN IS TRUE.*

**DATE: TUESDAY, JUNE 23, 2020**

                                    *s/David E. Hutchinson*

                                  **DAVID E. HUTCHINSON**
                                  PO Box 4873
                                  Clifton Park, NY 12065