UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                              Plaintiff,

and

CAPITAL COMMUNICATIONS FEDERAL CREDIT UNION,

                              Intervenor,

Case No. 1:19-CV-1562-DNH

-against-

MONOLITH SOLAR ASSOCIATES LLC, et al.,

                              Defendants.

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF ALBANY    )

       **WENDY NG**, being duly sworn, deposes and says that she is over the age of 18 years; that she resides in Troy, New York; that she is employed by the firm of Nolan Heller Kauffman LLP; that she served one copy of a **NOTICE OF ORDER HOLDING GARY HICKOK IN CONTEMPT WITH ATTACHED ORDER EXECUTED BY THE HON. DAVID N. HURD, FILED 7/22/2020** upon:

Gary Hickok
67 English Road
Round Lake, NY 12151

Gary's Garage
8A Apollo Drive
Albany, NY 12205
Attn: Gary Hickok

**VIA USPS EXPRESS MAIL on July 23, 2020,** by causing same to be delivered by depositing true and correct copies of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Postal Service at Albany, New York 12207, directed to said persons at said addresses, that being the addresses where said persons then kept offices, according to the last papers served by them in this action.

                                                                      WENDY NG

Sworn to before me this
23rd day of July, 2020.

_____
Notary Public, State of New York

JOHN V. HARTZELL
Notary Public, State of New York
No. 02HA6022457
Qualified in Saratoga County
Commission Expires March 29, 2023

NH2020-2106082335-758613