UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>                                        Plaintiff,<br><br>-against-<br><br>MONOLITH SOLAR ASSOCIATES LLC, et al.,<br><br>                                        Defendants. | Case No. 1:19-CV-1562-DNH-ATB |

**SEVENTH INTERIM APPLICATION OF NOLAN HELLER KAUFFMAN LLP,
ATTORNEYS FOR RECEIVER,
FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

JUSTIN A. HELLER, ESQ., respectfully states as follows in support of the within Seventh Interim Application of Nolan Heller Kauffman LLP ("NHK") for payment of compensation and reimbursement of expenses[1]:

1. I am a partner in the law firm of Nolan Heller Kauffman LLP ("NHK"). I am admitted to practice in the State of New York and before this Court.

2. NHK has been retained by Daniel Scouler, as his attorneys in his capacity as Court-appointed Receiver in this action.

3. This application is made pursuant to Local Rule 54.4 and ¶¶ 14 and 15 of the Receivership Order.

4. Under the terms of NHK's engagement by the Receiver, NHK is to be paid at the hourly rate of $280.00 for senior partners, $265.00 for partners, $200.00 for associate attorneys, and $70 for paralegals.

5. NHK has previously received Court approval of compensation in the aggregate amount of $105,365.50, and expense reimbursement in the amount of $20.79.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed thereto in the Court's Order Appointing Receiver (Dkt. No. 7), as modified (Dkt. Nos. 30, 96) (collectively, the "Receivership Order").

6. In this application, NHK is requesting approval of compensation in the amount $16,960.00, plus expense reimbursement in the amount of $568.98, totaling **$17,528.98**.

7. Pursuant to Local Rule 54.4, this will confirm that no agreement has been made, directly or indirectly, and that no understanding exists, for a division of fees between NHK and the Receiver.

8. An itemized statement of the services rendered by NHK, categorized by task, and detailing the particular attorney rendering each service, the time spent rendering each item of service and the fee incurred for such service is attached hereto as **Exhibit A**. The attorneys rendering services during this period are indicated on Exhibit A by their initials: Justin A. Heller, senior partner (JAH); and Brian D. Deinhart, associate (BDD). Where the time entries relate to service performed in connection with secured creditor collateral or sale lease back arrangements, the time records also indicate the secured creditor(s) involved. The services performed by NHK on behalf of the Receiver are summarized below, and are categorized by "task" (the fees requested in connection with each task are also summarized):

   a. "Case Administration" ($2,060.00): NHK provided various services related to the general administration of the Receivership, including (i) conferred with the Receiver concerning status of open and upcoming issues; (ii) assisted the Receiver with the preparation and submission of his Sixth Interim Report and prepared and submitted Sixth Interim Application for Compensation of NHK; and (iii) assisted the Receiver in evaluating and responding to labor union charges filed with the National Labor Relations Board.

   b. "Business Operations" ($336.00"): NHK assisted the Receiver in operational matters concerning National Grid and certain power offtakers.

c. "Enforcement of Receivership Order & Stay" ($10,700.00): NHK (i) monitored and addressed the status of real property tax foreclosure proceedings on Monolith owned properties; (ii) prepared contempt motion papers against Gary Hickok, d/b/a Gary's Garage; (iii) prepared opposition to the motion of Hussy 140 LLC for relief from the Receivership stay; and (iv) reviewed and advised the Receiver with respect to the effect of the stay on NLRB charges filed by labor union.

d. "Secured Creditor Issues" ($672.00): NHK communicated with secured creditor counsel on various matters.

e. "Unsecured Creditor/Landlord/Other Claimant Issues" ($56.00): NHK reviewed leases and communicated with lessors concerning status of solar projects and lease payments, arranged for Receiver's access to leased premises, and addressed lessor concerns about roof damage.

f. "Asset Disposition" ($868.00): NHK (i) reviewed, analyzed and advised the Receiver with respect to recovery of receivable owed by power offtaker; and (ii) evaluated possible listing and sale of Monolith's Rensselaer office building, and conferred with broker and Pioneer Bank re same.

g. "Solar Projects" ($2,268.00): NHK (i) pursued negotiations with SCCSD to resolve dispute over amounts owed under PPA's; (ii) assisted the Receiver in developing proposal to NYS DOT and Thruway Authority to resolve state's claims for breach and obtain approval of sales of solar projects, and draft proposal on behalf of Receiver; and (iii) assisted Receiver in formulating strategy to resolve status of Rensselaer County PPA's and obtain County consent to sale of projects.

9. NHK also seeks reimbursement of expenses in the amount of $568.98, consisting of overnight courier fees in the amount of $18.48 and process server fees in the amount of $550.50.  These expenses were incurred in connection with the Receiver's motion for contempt against Gary Hickok, d/b/a Gary's Garage.  The expenses are also itemized in **Exhibit A**. Notably, while the process server fees are on the high end, the amount of these fees reflects Mr. Hickok's efforts to evade service.

10. The foregoing amounts total **$17,528.98**.  NHK respectfully submits that the services rendered were necessary to the administration of this case, and were beneficial to the Receiver and Receivership estate.

**WHEREFORE**, NHK respectfully requests that its Seventh Interim Application for Compensation be granted and that the Receiver be authorized to make payment to NHK of compensation in the amount of **$17,528.98**.

Dated: Albany, New York
       July 28, 2020

                                        NOLAN HELLER KAUFFMAN LLP

                       By:     s/Justin A. Heller
                            Justin A. Heller, Esq.,
                            NDNY Bar #103632
                            *Attorneys for Receiver*
                            80 State Street, 11th Floor
                            Albany, New York 12207
                            (518) 449-3300

**EXHIBIT "A"**

Date: 07/10/2020      Detail Transaction File List      Page: 1
Case 1:19-cv-01562-DNH-ATB   Document 148   Filed 07/28/20   Page 6 of 10
Nolan Heller Kauffman LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 21 Federal Express** | | | | | | | | | |
| 12313.000 | 06/19/2020 | 18 | P | 21 | | | 18.48 | Federal Express (233.001) Federal Express Corp. Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 19 |
| **Total for Tcode 21** | | | | | | Billable | 0.00 | 18.48 Federal Express | |
| **Tcode 26 Process Server** | | | | | | | | | |
| 12313.000 | 06/26/2020 | 18 | P | 26 | | | 477.75 | Process Server (7114.000) Hutchinson Investigations Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 17 |
| 12313.000 | 06/29/2020 | 18 | P | 26 | | | 72.75 | Process Server (7114.000) Hutchinson Investigations Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 18 |
| **Total for Tcode 26** | | | | | | Billable | 0.00 | 550.50 Process Server | |
| **Tcode 301 Case Administration** | | | | | | | | | |
| 12313.000 | 06/10/2020 | 18 | P | 301 | 280.00 | 1.40 | 392.00 | Case Administration - Telephone conference with Receiver and Monolith staff regarding status of open and new matters Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 517 |
| 12313.000 | 06/17/2020 | 18 | P | 301 | 280.00 | 1.60 | 448.00 | Case Administration - Telephone conference with Receiver and Monolith staff regarding status of existing and upcoming matters/issues Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 598 |
| 12313.000 | 06/18/2020 | 29 | P | 301 | 200.00 | 1.20 | 240.00 | Case Administration - Attention to IBEW unfair labor claim; review unfair labor practices Charge; review research on rejection of executory contracts Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 592 |
| 12313.000 | 06/18/2020 | 18 | P | 301 | 280.00 | 0.40 | 112.00 | Case Administration - Review correspondence from counsel for labor union regarding WLRB unfair labor practices claim Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 604 |
| 12313.000 | 06/19/2020 | 18 | P | 301 | 280.00 | 0.70 | 196.00 | Case Administration - Attention to status/strategy regarding Union's NLRB action; Participate in call with Receiver and Labor counsel regarding same Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 605 |
| 12313.000 | 06/20/2020 | 18 | P | 301 | 280.00 | 0.50 | 140.00 | Case Administration - Review and comment on Receiver's Sixth Interim Report Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 610 |
| 12313.000 | 06/22/2020 | 18 | P | 301 | 280.00 | 1.10 | 308.00 | Case Administration - Finalize Receiver's Sixth Interim Report and prepare NHK fee application Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 621 |
| 12313.000 | 06/25/2020 | 18 | P | 301 | 280.00 | 0.80 | 224.00 | Case Administration - Status call with Receiver and Monolith team regarding open and upcoming issues Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 623 |
| **Total for Tcode 301** | | | | | | Billable | 7.70 | 2,060.00 Case Administration | |
| **Tcode 302 Business Operations** | | | | | | | | | |
| 12313.000 | 06/09/2020 | 18 | P | 302 | 280.00 | 0.60 | 168.00 | Business Operations - Corrpesondence with National Grid counsel regarding interconnection to grid; Finalize DOT settlement proposal Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 515 |
| 12313.000 | 06/29/2020 | 18 | P | 302 | 280.00 | 0.60 | 168.00 | Business Operations - Telephone conference with Receiver regarding status of Rensselaer County PPA's and possible proposal to County (KEF, HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 629 |
| **Total for Tcode 302** | | | | | | Billable | 1.20 | 336.00 Business Operations | |
| **Tcode 303 Enforcement of Receivership Order & Stay** | | | | | | | | | |
| 12313.000 | 06/01/2020 | 18 | P | 303 | 280.00 | 0.20 | 56.00 | Enforcement of Receivership Order & Stay - Review status of tax foreclosures Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 499 |

Date: 07/10/2020     Detail Transaction File List     Page: 2
Case 1:19-cv-01562-DNH-ATB    Document 148    Filed 07/28/20    Page 7 of 10
Nolan Heller Kauffman LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 303 Enforcement of Receivership Order & Stay** | | | | | | | | | |
| 12313.000 | 06/01/2020 | 29 | P | 303 | 200.00 | 4.40 | 880.00 | Enforcement of Receivership Order & Stay - Phone call to Niagara County Clerk's office re Certificate of Withdrawal from Tax Foreclosure; phone call with client re communications with Gary's Garage and Fire Companies of Malta; review Fire Companies of Malta offtaker agreement; continue drafting Memo of Law for Order to Show Cause<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 505 |
| 12313.000 | 06/02/2020 | 29 | P | 303 | 200.00 | 2.80 | 560.00 | Enforcement of Receivership Order & Stay - Draft declarations in support of contempt motion; further research on damages/remedies for contempt; revise Memo of Law for contempt motion; revise proposed Order to Show Cause (KEF; CCFCU)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 506 |
| 12313.000 | 06/02/2020 | 29 | P | 303 | 200.00 | 0.70 | 140.00 | Enforcement of Receivership Order & Stay - Attention to Hussy 140 LLC motion to lift stay; review motion (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 507 |
| 12313.000 | 06/03/2020 | 29 | P | 303 | 200.00 | 1.80 | 360.00 | Enforcement of Receivership Order & Stay - Edit Memo of Law, Declarations, Notice, and proposed Order to Show Cause for Contempt against Gary's Garage (KEF) (CCFCU)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 508 |
| 12313.000 | 06/03/2020 | 29 | P | 303 | 200.00 | 2.30 | 460.00 | Enforcement of Receivership Order & Stay - Review decision on Dealer Services Motion to Lift Stay; research necessary joinder of party, motion to vacate default, effect of default judgment entered after stay imposed; outline arguments for Memo of Law in opposition to Hussy 140 LLC motion to lift stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 509 |
| 12313.000 | 06/04/2020 | 29 | P | 303 | 200.00 | 1.90 | 380.00 | Enforcement of Receivership Order & Stay - Begin drafting Memo of Law opposing Hussy 140 Motion to Lift Stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 511 |
| 12313.000 | 06/04/2020 | 18 | P | 303 | 280.00 | 2.50 | 700.00 | Enforcement of Receivership Order & Stay - Review and revise contempt motion (KEF; CCFCU)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 513 |
| 12313.000 | 06/05/2020 | 29 | P | 303 | 200.00 | 3.20 | 640.00 | Enforcement of Receivership Order & Stay - Draft Memo of Law and affidavit opposing Hussy 140 motion to lift stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 512 |
| 12313.000 | 06/07/2020 | 18 | P | 303 | 280.00 | 1.60 | 448.00 | Enforcement of Receivership Order & Stay - Further revisions to contempt motion (KEF; CCFCU)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 514 |
| 12313.000 | 06/08/2020 | 29 | P | 303 | 200.00 | 2.10 | 420.00 | Enforcement of Receivership Order & Stay - Continue drafting Memo of Law and Declaration opposing Hussy 140 LLC motion to lift stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 520 |
| 12313.000 | 06/09/2020 | 29 | P | 303 | 200.00 | 2.20 | 440.00 | Enforcement of Receivership Order & Stay - Continue drafting Memo of Law opposing Hussy 140 LLC motion to lift stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 522 |
| 12313.000 | 06/10/2020 | 29 | P | 303 | 200.00 | 3.50 | 700.00 | Enforcement of Receivership Order & Stay - Attention to potential settlement of Hussy 140 LLC eviction claim; review correspondence with Hussy counsel re post-receivership rent payments; revise Memo of Law and Receiver Declaration opposing motion to lift stay; draft attorney Declaration opposing motion to lift stay (HW)<br>Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 523 |
| 12313.000 | 06/11/2020 | 29 | P | 303 | 200.00 | 0.60 | 120.00 | Enforcement of Receivership Order & Stay - Emails/phone call with process server re service of Notice of Application for Order to Show Cause on Gary Hickok (KEF) (CCFCU) | 524 |

**Tcode 303 Enforcement of Receivership Order & Stay**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/12/2020 | 29 | P | 303 | 200.00 | 2.40 | 480.00 | Enforcement of Receivership Order & Stay - Research effect of time in receivership on motion to lift stay, purpose of SEC receivership; revise Memo of Law opposing Hussy 140 motion to lift stay (HW) | 525 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/12/2020 | 29 | P | 303 | 200.00 | 1.60 | 320.00 | Enforcement of Receivership Order & Stay - Review Niagara County Petition for Foreclosure; Draft answer to Niagara County tax foreclosure proceeding; review tax foreclosure proceedings time to answer; update chart tracking tax foreclosure proceedings (M&T) | 526 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/15/2020 | 29 | P | 303 | 200.00 | 1.80 | 360.00 | Enforcement of Receivership Order & Stay - Edit Memo of Law, Scouler Declaration, and Heller Declaration opposing Hussy 140 motion to lift stay (HW) | 527 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/17/2020 | 29 | P | 303 | 200.00 | 0.40 | 80.00 | Enforcement of Receivership Order & Stay - Review Decision and Order on Application for Order to Show Cause for Contempt of Gary Hickok (KEF) (CCFCU) | 589 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/18/2020 | 29 | P | 303 | 200.00 | 0.80 | 160.00 | Enforcement of Receivership Order & Stay - Attention to service of Order to Show Cause on Gary Hickok; research meaning of "personally serve"; phone call with process server re service of Order to Show cause; draft email to process server (KEF) (CCFCU) | 590 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/18/2020 | 29 | P | 303 | 200.00 | 0.50 | 100.00 | Enforcement of Receivership Order & Stay - Revise Niagara County Tax Foreclosure Answer (M&T) | 591 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/18/2020 | 18 | P | 303 | 280.00 | 0.30 | 84.00 | Enforcement of Receivership Order & Stay - Draft second letter to Reliable Storage regarding required access to leased property (KEF) | 599 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/18/2020 | 18 | P | 303 | 280.00 | 0.30 | 84.00 | Enforcement of Receivership Order & Stay - Review and comment on draft answer to Niagara County tax foreclosure of 1919 Transit Road, Town of Newfane (M&T) | 601 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/19/2020 | 29 | P | 303 | 200.00 | 2.20 | 440.00 | Enforcement of Receivership Order & Stay - Attention to IBEW unfair labor practices claim; phone call with client re IBEW unfair labor practices claim; research effect of stay on administrative proceedings; draft memo summarizing research; draft letter to IBEW NLRB counsel re notice of stay/demand for withdrawal of unfair labor practices claim | 593 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/20/2020 | 18 | P | 303 | 280.00 | 0.20 | 56.00 | Enforcement of Receivership Order & Stay - Review and comment on draft letter to Union labor counsel regarding stay violation | 609 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/21/2020 | 29 | P | 303 | 200.00 | 0.50 | 100.00 | Enforcement of Receivership Order & Stay - Attention to comments and revisions to letter to IBEW NLRB counsel re stay; revise letter to IBEW NLRB counsel | 595 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/22/2020 | 29 | P | 303 | 200.00 | 1.00 | 200.00 | Enforcement of Receivership Order & Stay - Attention to letter to IBEW counsel re stay of NLRB proceeding; revise letter; draft email to client re letter to IBEW; review client comments to letter; revise letter | 611 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/23/2020 | 29 | P | 303 | 200.00 | 1.20 | 240.00 | Enforcement of Receivership Order & Stay - Attention to sufficiency of service of Order to Show Cause on Gary Hickok; phone calls with process server re attempts to find/serve Gary Hickok (KEF) (CCFCU) | 612 |

Date: 07/10/2020     Detail Transaction File List     Page: 4
Case 1:19-cv-01562-DNH-ATB   Document 148   Filed 07/28/20   Page 9 of 10
Nolan Heller Kauffman LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 303 Enforcement of Receivership Order & Stay**

| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
|---|---|---|---|---|---|---|---|---|---|
| 12313.000 | 06/24/2020 | 29 | P | 303 | 200.00 | 0.30 | 60.00 | Enforcement of Receivership Order & Stay - Review KeyBank opposition to Hussy 140 Motion to Lift Stay (HW) | 614 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/25/2020 | 29 | P | 303 | 200.00 | 1.30 | 260.00 | Enforcement of Receivership Order & Stay - Review revisions to Memo of Law opposing Hussy motion to lift stay; edit Memo of Law (HW) | 619 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/25/2020 | 18 | P | 303 | 280.00 | 2.70 | 756.00 | Enforcement of Receivership Order & Stay - Review and revise Memo of Law and Receiver's declaration in response to lift stay motion (HW) | 624 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/26/2020 | 29 | P | 303 | 200.00 | 1.40 | 280.00 | Enforcement of Receivership Order & Stay - Review revisions to Scouler Declaration opposing Hussy motion to lift stay; revise Heller Declaration; add/fix fact cites to Memo of Law; draft comment/propose revisions to Memo of Law; revise Memo of Law (HW) | 620 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/29/2020 | 18 | P | 303 | 280.00 | 1.20 | 336.00 | Enforcement of Receivership Order & Stay - Finalize Response to Motion to Lift Stay (HW) | 627 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| **Total for Tcode 303** | | | | | Billable | 49.90 | 10,700.00 | Enforcement of Receivership Order & Stay | |

**Tcode 304 Secured Creditor Issues**

| 12313.000 | 06/02/2020 | 18 | P | 304 | 280.00 | 0.60 | 168.00 | Secured Creditor Issues - Telephone conference with counsel for M&T regarding status of tax foreclosure and related matters (.3); Telephone call with counsel for Hancock's Whitney regarding recent lift stay motion affecting Hancock financed solar project (.3) | 500 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/03/2020 | 18 | P | 304 | 280.00 | 1.00 | 280.00 | Secured Creditor Issues - Telephone conference with KeyBank counsel regarding case status | 501 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/20/2020 | 18 | P | 304 | 280.00 | 0.40 | 112.00 | Secured Creditor Issues - Review correspondence from CapCom counsel regarding proposal for O&M and related services by 3rd party on CapCom financed projects (CCFCU) | 608 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/25/2020 | 18 | P | 304 | 280.00 | 0.40 | 112.00 | Secured Creditor Issues - Begin review of CapCom's proposed agreement with Receiver for delegation of authority concerning CapCom financial projects (CCFCU) | 625 |
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| **Total for Tcode 304** | | | | | Billable | 2.40 | 672.00 | Secured Creditor Issues | |

**Tcode 305 Unsecured Creditor/Landlord/Other Claimant Issues**

| 12313.000 | 06/18/2020 | 18 | P | 305 | 280.00 | 0.20 | 56.00 | Unsecured Creditor/Landlord/Other Claimant Issues - Telephone call with counsel for Pai's Tae Kwan Do (1615 Union Street, Schenectady) regarding request for removal of panels from 1018 | 603 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| **Total for Tcode 305** | | | | | Billable | 0.20 | 56.00 | Unsecured Creditor/Landlord/Other Claimant Issues | |

**Tcode 307 Asset Disposition, Recovery & Collections**

| 12313.000 | 06/03/2020 | 18 | P | 307 | 280.00 | 0.40 | 112.00 | Asset Disposition - Telephone conference with attorney for party interested in purchasing Rensselaer building | 503 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/17/2020 | 18 | P | 307 | 280.00 | 0.50 | 140.00 | Asset Disposition, Recovery & Collections - Attention to issues concerning ownership of Washington Street property, Receiver authority to sell property titled in | 596 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 307 Asset Disposition, Recovery & Collections**

| | | | | | | | | names of individual defendants and whether there is equity in property (Pioneer) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | |
| 12313.000 | 06/18/2020 | 18 | P | 307 | 280.00 | 0.30 | 84.00 | Asset Disposition, Recovery & Collections - Communications with Pioneer Bank counsel and broker regarding prospect for sale on Washington Street property (Pioneer) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 600 |
| 12313.000 | 06/18/2020 | 18 | P | 307 | 280.00 | 1.00 | 280.00 | Asset Disposition, Recovery & Collections - Review status of SCCSD Receivable or develop strategy to recover same (CCFCU, KEF, HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 602 |
| 12313.000 | 06/19/2020 | 18 | P | 307 | 280.00 | 0.50 | 140.00 | Asset Disposition, Recovery & Collections - Telephone conference with arbitration counsel in SCCSD matter regarding status/strategy; Correspondence to SCCSD regarding possible settlement negotiations (CCFCU, KEF, HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 606 |
| 12313.000 | 06/20/2020 | 18 | P | 307 | 280.00 | 0.40 | 112.00 | Asset Disposition, Recovery & Collections - Review value information by broker; Review purchase offer received from 3rd party (Pioneer) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 607 |
| **Total for Tcode 307** | | | | | Billable | 3.10 | 868.00 | Asset Disposition, Recovery & Collections | |

**Tcode 308 Solar Projects/PPAs**

| 12313.000 | 06/03/2020 | 18 | P | 308 | 280.00 | 3.40 | 952.00 | Solar Projects/PPAs - Review NYS DOT and Thruway Authority documents and prepare settlement proposal addressing possible sale of projects and resolution of liquidated damages claims Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 502 |
| 12313.000 | 06/11/2020 | 18 | P | 308 | 280.00 | 2.10 | 588.00 | Solar Projects/PPAs - Review status of Rensselaer County PPA; Telephone conference with Monolith staff regarding same (KEF, HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 530 |
| 12313.000 | 06/25/2020 | 18 | P | 308 | 280.00 | 0.80 | 224.00 | Solar Projects/PPAs - Prepare for and participate in conference call with counsel and consultant for SCCSD regarding case status and possible settlement (CCFCU, KEF, HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 622 |
| 12313.000 | 06/26/2020 | 18 | P | 308 | 280.00 | 1.20 | 336.00 | Solar Projects/PPAs - Prepare for and participate in conference call with Rensselaer County regarding status of PPAs; Telephone conference with Monolith team regarding (KEF, HW) strategy regarding same Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 626 |
| 12313.000 | 06/29/2020 | 18 | P | 308 | 280.00 | 0.60 | 168.00 | Solar Projects/PPAs - Review and prepare response to email from counsel for SCCSD regarding Receiver's authority to reject PPA; Telephone conference with Receiver regarding status and possible settlement proposal (KEF/HW) Scouler, Receiver of Monolith Solar Assoc./Daniel General Matters | 628 |
| **Total for Tcode 308** | | | | | Billable | 8.10 | 2,268.00 | Solar Projects/PPAs | |

**GRAND TOTALS**

| | | | | | Billable | 72.60 | 17,528.98 | | |