Index #: **1:19-CV-01562-DNH-ATB**
Filed Date: **07/20/2020**

**STATE OF:** NEW YORK
**COURT:** US DISTRICT                                       **COUNTY:** NORTHERN DISTRICT

**KEYBANK NATIONAL ASSOCIATION,**

                                                                            **Plaintiff(s)**

**CAPITAL COMMUNICATDIONS FCKU,**

                                                                      **Intervenor(s)**

                     -against-         *AFFIDAVIT OF:*
                                       *SERVICE*

**MONOLITH SOLAR**
**ASSOCIATES, LLC., ET AL.,**

                                                                     **Defendant(s)**

**STATE OF:** NEW YORK
**COUNTY:** SARATOGA

## LETTER AND ORDER

      **DAVID E. HUTCHINSON**, being duly sworn, deposes, and says, that your Deponent is not a party to this action, is over eighteen **(18)** years of age, and resides in the county of **SARATOGA, NEW YORK**.

      That on **FRIDAY, JULY 31 ,2020**, your Deponent served *a true copy* of the **LETTER AND ORDER** upon **GARY HICKOK** by personally leaving with **JOHN DOE #1 - EMPLOYEE***, a person of suitable age and discretion* at his/her actual place of **EMPLOYMENT** at **GARY'S GARAGE - 8 APOLLO DR. A, ALBANY, NY 12205** at approx. **2:33 P.M.;** at which point *JOHN DOE #1 EMPLOYEE* stated that he really didn't know of *GARY HICKOK* – while *JOHN DOE #2 EMPLOYEE* started questioning your Deponent about the business' corporate name and suggested that I leave the papers at the front gate.

      In addition, your Deponent mailed a *true copy* to the defendant's actual place of *EMPLOYMENT* via First Class Mailing; mailing copy at the US Postal Depository in a plain wrapper stating **PERSONAL & CONFIDENTIAL**, not indicating its source, on **FRIDAY, JULY 31, 2020**; via *USPS FIRST CLASS CERTIFIED RETURN RECEIPT # 7016-1370-0001-5079-7990.*

      A description of said person is as follows:

| | | |
|---|---|---|
| App. Wt: **220** | Skin: **W** | Hair: **L** |
| App. Ht: **6'1"** | Sex: **M** | App. Age: **42** |

**Page 2.**
**GARY HICKOK**

**OTHER:** Please note that your Deponent attempted service on the following date(s) and time(s): MONDAY, JULY 27, 2020 at approx.. *11:31 a.m.;* at which point your Deponent was informed by *JOHN DOE #1 EMPLOYEE* that *MR. HICKOK 'WAS NOT IN'*.

*I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION CONTAINED HEREIN IS TRUE.*

DATE: **FRIDAY, JULY 31, 2020**

*David E. Hutchinson*

**DAVID E. HUTCHINSON**
**PO Box 4873**
**Clifton Park, NY 12065**