Index #: **1:19-CV-01562-DNH-ATB**
Filed Date: **07/22/2020**

**STATE OF:** NEW YORK
**COURT:** US DISTRICT                                                                **DISTRICT:** NORTHERN

**Issued by the**
**UNITED STATES DISTRICT COURT**

**KEYBANK NATIONAL ASSOCIATION,**
                                                                        **Plaintiff(s)**

**CAPITAL COMMUNICATIONS FCU,**
                                                                        **Intervenor(s)**

                            -against-        *AFFIDAVIT OF:*
                                             *DUE DILIGENCE (NAIL & MAIL)*

**MONOLITH SOLAR**
**ASSOCS,, LLC, ET AL.,**
                                                                        **Defendant(s)**

**STATE OF:** NEW YORK
**COUNTY:** SARATOGA

### LETTER AND ORDER

   **DAVID E. HUTCHINSON**, being duly sworn, deposes, and says, that deponent is not a party to this action, is over eighteen **(18)** years of age, and resides in the county of **SARATOGA, NEW YORK**.

   That on **THURSDAY, JULY 30, 2020**, your deponent served a *true copy* of the **LETTER AND ORDER** (Index # **1:10-CV-01562-DNH-ATB**) upon **GARY HICKOK** by affixing a *true copy* to the actual dwelling place, place of abode, and residence of the Defendant at: **67 ENGLISH RD., ROUND LAKE, NY 12151** at **6:07 P.M.**

   Deponent mailed a *true copy* to the defendant's actual place of abode, and residence via First Class Mailing; mailing copy at the US Postal Depository in a plain wrapper stating **PERSONAL & CONFIDENTIAL**, not indicating its source, on **FRIDAY, JULY 31, 2020**; via *USPS FIRST CLASS CERTIFIED RETURN RECEIPT # 7018-0680-0001-5210-1387.*

**OTHER: ADDITIONAL DATE(S) AND TIME(S) OF ATTEMPTS: MONDAY, JULY 27, 2020 @ 7:27 A.M. & 8:14 A.M., TUESDAY, JULY 28, 2020 @ 11:17 A.M., AND WEDNESDAY, JULY 29, 2020 @ 1:37 P.M.**

**IN ADDITION, YOUR DEPONENT CHECKED THE RESIDENCE AT 67 ENGLISH RD., ROUND LAKE, NY 12151 AND FOUND THE SERVICE STILL ATTACHED TO THE FRONT DOOR OF THE DOMICILE ON FRIDAY, JULY 31, 2020 AT APPROX. 2:01 P.M.**

Page 2.

**OTHER:  AT ALL ATTEMPTS, THERE WAS NO ANSWER AT THE DOOR (RINGING THE DOOR BELL AND KNOCKING) FRONT POLE LIGHT ON AT ALL TIMES, AND TWO VEHICLES WERE OBERVED PARKED IN THE TWO BAY GARAGE - ONE A RED CORVETTE - THE OTHER A DARK COLORED VEHICLE. – NEITHER VEHCILE APPEARED TO HAVE BEEN MOVED DURING ATTEMPTS TO SERVE SAID PAPERS.**

*I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION CONTAINED HEREIN IS TRUE.*

*DATE:* **FRIDAY, JULY 31, 2020**

*David E. Hutchinson*

**DAVID E. HUTCHINSON**
**PO Box 4873**
**Clifton Park, NY 12065**