# The Altman Law Firm
**SIX WALKER WAY**
**ALBANY, NEW YORK 12205-4946**
Telephone (518) 690-2828
Telefax (518) 690-2809

August 17, 2020

**_Sent by e-file and fax: (315) 793-8034_**

Honorable David N. Hurd, U.S. District Judge
U.S. District Court – NDNY
Alexander Purnie Federal Building
10 Broad Street, Room 300
Utica, New York 13501

Re:   **KeyBank National Association v. Monolith Solar Associates LLC, et al.**
      **Case No.: 1:19-CV-1562**

Dear Judge Hurd,

This correspondence is being electronically filed but is also copied to chambers for the Court's convenience.

This office has now been retained by one of the named Defendants in the above action, to wit: Gary Hickok d/b/a Gary's Garage.

A Notice of Appearance is enclosed.

We have now familiarized ourselves with the previous proceedings had in this case including this Court's Memorandum – Decision and Order of July 22, 2020.

We are also now in communication with Receiver's Counsel, Justin A. Heller, Esq. and Brian D. Deinhart, Esq., and this correspondence is with counsel's consent.

The Order directed that power to the Monolith systems be immediately restored. That has been done as of Friday, August 14, 2020.

The Order also provided that our Defendant could submit opposition papers no later than Wednesday, August 19, 2020.

We have requested of counsel and they have consented to extend this date to Friday, August 21, 2020. Please see enclosed email.

To this we respectfully request the Court's consent.

Thank you.

                                                  Respectfully yours,

                                                  Frederick M. Altman, Esq.

Encls.

cc:    Justin A. Heller, Esq.
        Brian D. Deinhart, Esq.