# The Altman Law Firm
**SIX WALKER WAY**
**ALBANY, NEW YORK 12205-4946**
Telephone (518) 690-2828
Telefax (518) 690-2809

August 18, 2020

*Sent by email: jheller@nhkllp.com*
*and bdeinhart@nhkllp.com*

Nolan Heller and Kauffman, LLP
80 State St.
11th Floor
Albany, NY 12207

Attn:  Justin A. Heller, Esq.
       Brian D. Deinhart, Esq.

Re:  **KeyBank National Association v. Monolith Solar Associates LLC, et al.**
     **Case No.: 1:19-CV-1562**

Dear Mr. Heller and Mr. Deinhart,

In follow-up to our notification that the electric power had been restored on Friday, August 14, 2020, I can now provide onsite contact information for immediate access to the properties as a necessary:

| | |
|---|---|
| Contact Person: | Patrick Hickok |
| Telephone (Cell): | (518) 573-3663 |
| Address: | 9 Apollo Drive, Albany, NY 12205 |
| Email: | Garysgarage1@aol.com |

Gary Hickok is in Florida and cannot return to New York without being subjected to a mandatory quarantine, however, Patrick Hickok is in New York at the site and will provide immediate access as required.

Thank you.

Very truly yours,

Frederick M. Altman, Esq.

cc:  Gary Hickok
     Patrick Hickok