UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KEYBANK NATIONAL ASSOCIATION,

                       Plaintiff, and

CAPITAL COMMUNICATIONS FEDERAL CREDIT
UNION,
                       Intervenor,                       **1:19-CV-1562-DNH-ATB**

    -v-

MONOLITH SOLAR ASSOCIATES LLC, et al., and
GARY HICKOK d/b/a GARY'S GARAGE.

                       Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, upon the attached Affidavit of Gary Hickok sworn to on the 19th day of August 2020 and the Affidavit of Frederick M. Altman, Esq., sworn to on the 21st day of August, 2020, the prior Decision and Order of this Court dated July 22, 2020 and upon all prior pleadings and proceedings had herein the Defendant Gary Hickok will move this Court, Honorable David N. Hurd, U.S.D.J, on the _25th_ day of _September_, 2020 at _10:00_ o-clock in the _fore_ noon thereof or as soon there after and in such manner as the Court may direct for counsel to be heard. The relief sought is for relief from a prior order to vacate and purge contempt and penalties and in opposition for request for attorneys' fees, and to amend pleadings to name proper party.

Dated: _8/20/2020_

                                                                       The Altman Law Firm
                                                                       By: Frederick M. Altman, Esq.
                                                                         N.D.N.Y. Bar No.: 101028
                                                                         6 Walker Way
                                                                         Albany, New York 12205
                                                                         (518) 690-2828

To: Honorable David N. Hurd, U.S. District Judge

NOLAN, HELLER AND KAUFFMAN, LLP
Attn: Justin A. Heller, Esq.
Attorneys for Receiver
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300