

80 STATE STREET, 11TH FLOOR
ALBANY, NY 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

www.nhkllp.com

JUSTIN A. HELLER, ESQ.
Direct Dial: (518) 432-3118
Email:  jheller@nhkllp.com

August 31, 2020

**VIA CM/ECF**
Hon. David N. Hurd
United States District Court for the Northern District of New York
Alexander Pirnie Federal Building and United States Courthouse
10 Broad Street
Utica, New York 13501

> Re:   **KeyBank National Association v. Monolith Solar Associates, LLC, et al.**
> **Case No. 1:19-cv-01562-DNH-ATB**

Dear Judge Hurd:

I am writing to provide the Court with an update on the status of Mr. Hickok's compliance with the Court's July 22, 2020 Memorandum-Decision and Order.

This will confirm that prior to August 21, 2020, Mr. Hickok agreed to permit the Receiver to access the subject PV Systems on an ongoing basis.  The Receiver's representative inspected the PV Systems on August 24, 2020, and intends to return to perform needed repair work.

Accordingly, in the Receiver's view, Mr. Hickok has complied with the Court's directive that he provide access by August 21, 2020.

Thank you for your consideration.

Very truly yours,

NOLAN HELLER KAUFFMAN LLP

Justin A. Heller

Cc:  All ECF Parties

NH2020-2106082335-759016