# The Altman Law Firm
**SIX WALKER WAY**
**ALBANY, NEW YORK 12205-4946**
**Telephone (518) 690-2828**
**Telefax (518) 690-2809**

November 25, 2020

*Sent by e-file*

Honorable David N. Hurd, U.S. District Judge
U.S. District Court – NDNY
Alexander Purnie Federal Building
10 Broad Street, Room 300
Utica, New York 13501

Re:   **KeyBank National Association v. Monolith Solar Associates LLC, et al.**
      **Case No.: 1:19-cv-01562-DNH-ATB**

Dear Judge Hurd,

This letter is in response to the letter of Justin A. Heller, Esq. dated November 23, 2020.

As the Court is aware, we represent non-party Gary Hickok (Dkt. #143) in the above entitled action.

The Court previously entertained a motion to vacate or limit contempt and counsel fee sanctions against this party based upon an explanation of initial confusion and mitigating circumstances.

The Court directed that counsel fees in the amount of $5,328.98 be paid. They were paid promptly as acknowledged in the letter of Mr. Heller. Our client has since been and remains fully compliant and cooperative with the Receiver.

The original motion upon which the Order was rendered explained the initial course of dealings between the parties in support of the request for the Court to afford relief based upon mitigating circumstances.

Our client has been made fully aware of its obligations. They are understood and incompliance.

There has been absolutely no further issues with nor any complaint raised by the Receiver.

Mr. Hickok has assured the Court, and we reiterate his assurance of continued complete cooperation with the Receiver.

Accordingly, we respectfully request the Court, to exercise its discretion, to relieve this small business of the contempt citation and penalty.

Thank you.

Respectfully yours,

Frederick M. Altman, Esq.

cc:  Justin A. Heller, Esq.
 Gary Hickok