UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KEYBANK NATIONAL ASSOCIATION,

                Plaintiff, and

CAPITAL COMMUNICATIONS FEDERAL CREDIT
UNION,

                Intervenor,             1:19-CV-1562-DNH-ATB

    -v-

MONOLITH SOLAR ASSOCIATES LLC, et al., and
GARY HICKOK d/b/a GARY'S GARAGE.

                Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the attached Affidavit of Gary Hickok sworn to on the 17th day of December 2020 and the Affidavit of Frederick M. Altman, Esq., sworn to on the 21st day of December, 2020, and proposed Order submitted herewith the undersigned moves this Court in accordance with the Order of the Court on or before December 22, 2020 for an Order purging the Defendant Hickok of its contempt and vacating the contempt citation and sanction against the said Defendant and for such other and further relief as to the Court may seem just, proper and equitable.

Dated: 12/21/2020

The Altman Law Firm
By: Frederick M. Altman, Esq.
N.D.N.Y. Bar No.: 101028
6 Walker Way
Albany, New York 12205
(518) 690-2828

To: Honorable David N. Hurd, U.S. District Judge

NOLAN, HELLER AND KAUFFMAN, LLP
Attn: Justin A. Heller, Esq.
Attorneys for Receiver
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300