LUSKIN, STERN & EISLER LLP
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606

Telephone:  (212) 597-8200
Telecopier:  (212) 597-8240

January 11, 2021

**VIA CM/ECF**

Hon. David N. Hurd
United States District Court for the Northern District of New York
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, New York  13501

      Re:    **KeyBank National Association v. Monolith Solar Associates LLC, et al.**
              **Case No. 19-cv-01562-DNH-ATB**

Dear Judge Hurd:

      This firm represents non-party M&T Bank.

      Please be advised that, pursuant to the Court's December 22, 2020 order, filed as ECF No. 214, Stephan E. Hornung (hornung@lsellp.com) will appear at the January 12, 2021 video status conference on behalf of M&T Bank.

      Respectfully submitted,

      LUSKIN, STERN & EISLER LLP

      /s/ Stephan E. Hornung

      Stephan E. Hornung

cc: All ECF Parties